All Subsequent Exhibits Are photographs of a EP Armory Polymer 80% Lower Receiver.

Exhibit 3



Exhibit 4



Exhibit 5



Exhibit 6



Exhibit 7



Exhibit 8





→ Actual EP Armory 80% lower Recievers