

← Exhibit 9



← Exhibit 10