1
2
3
4

ALAN BECK
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email: alan.alexander.beck@gmail.com

5
6

Attorney for Plaintiff Ares Armor

7

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

# SOUTHERN CALIFORNIA

8
9
10
11
12
13
14
15
16

Ares Armor                                    )
                                              )
                    Plaintiff,                )
        vs.                                   )
                                              )
B. Todd Jones in his Official Capacity As )
Head of The San Diego ATF Field Office. )
;                                             )
                                              )
                    Defendant.                )
_____  )
_____  )

CASE NO.

'14 CV 0548 JLS  BGS

17
18
19
20
21

**Memorandum in Support of Motion For Tempoary Injunction**

22

INTRODUCTION

23
24
25
26
27
28

Ares Armor is under immediate threat of having their customers personal

information and its legal goods being seized by the ATF. Agents from the San

Diego ATF office are scheduled to arrive Wednesday March 12th, 2014 at 11:00

a.m. to demand Ares Armor hand over its customer list and turn over roughly

ARES ARMOR PI - 1

$300,000 in inventory of EP Armory polymer 80% lower receiver.  Said meeting was set upon the CEO of Ares Armor, Dimitrios Karris, learning that if it did not agree to the BATFE's terms that all of the Ares Armor facilities would be raided and criminal charges would be brought against the Ares Armor staff.  If it does not comply ATF agents plan to simply seize the private information of thousands of law abiding Americans along with roughly $300,000 in legal inventory. As shown in the various parts of this motion and its accompanying filings, the BATFE is intentionally misinterpreting Federal law in an attempt to coerce Ares Armor to hand over the private information of  thousands of law abiding Americans. Immediate judicial intervention is desperately needed to preserve the civil rights of both Ares Armor and its customers.

       This Motion is being drafted in great haste due to the urgency of this matter. This matter was brought to the attention of undersigned counsel the evening prior to this filing and any discrepancies in analysis will be cured in a preliminary injunction as soon as possible.

                          STATEMENT OF FACTS

       Ares Armor is a business that primarily deals in gun parts, holsters, cases, apparel, and backpacks and something called an "80% lower".  These are blocks of metal or plastic that is shaped into the rough form of a lower receiver. These receivers are 80% completed and you can use a drill press at home to finish the

ARES ARMOR PI - 2

remaining 20% and build your own gun.  Ares Armor has been coerced by BATFE

agents to turn over their customer details as detailed in the accompanying

declarations.

## The Temporary Restraining Order Should Issue

The factors to be weighed in considering whether to grant a temporary

restraining order and a preliminary injunction are the same. *See Ohio Republican*

*Party v. Brunner*, 543 F.3d 357, 361 (6th Cir. 2008). The proper legal standard for

relief requires a party to demonstrate "that he is likely to succeed on the merits that

he is likely to suffer irreparable harm in the absence of preliminary relief, that the

balance of equities is in his favor, and that an injunction is in the public interest."

*Winter v. Natural Res. Def. Council*, Inc., 55 U.S. 7, 19, 129 S.Ct. 365, 374, 172

L.Ed.2d 249 (2008).

In *Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127 (9th Cir. 2011)

the Ninth Circuit held if requirements (2) and (4) are satisfied, and the balance of

hardships "tips sharply in the plaintiffs' favor," the plaintiff need only raise

"serious questions going to the merits" to be entitled to injunctive relief. *Id.* at

1134-35 (holding that this aspect of the Ninth Circuit's sliding scale test survived

*Winter v. Natural Resources Defense Council*, 555 U.S. 7 (2008)). As shown

below irreparable harm is likely because the plaintiffs have made out a colorable

ARES ARMOR PI - 3

claim that their constitutional rights have been threatened. *See Sanders County Republican Cent. Committee v. Bullock*, 698 F.3d 741, 744 (9th Cir. 2012) (holding that colorable claim of constitutional violation satisfies irreparable harm element). For the same reasons, an injunction would be in the public interest. Accordingly this merits section of should be evaluated under Cortell's lessor standard of review. However, even if evaluated by the *Winters* standard, Ares Armor is entitled to injunctive relief.

<u>Ares Armor Is Likely to Succeed on the Merits</u>

a.  The ATF's Attempts to Coerce

Conversely, if, under all the circumstances, it has appeared that the consent was not given voluntarily -- that it was coerced by threats or force, or granted only in submission to a claim of lawful authority -- then we have found the consent invalid and the search unreasonable…
Where there is coercion, there cannot be consent.

<u>The ATF's Planned Seizure Violates The Fourth Amendment</u>

"[T]he basic purpose of th[e Fourth] Amendment, as recognized in countless decisions of this Court, is to safeguard the privacy and security of individuals against arbitrary invasions by governmental officials." *Camara v. Mun. Court*, 387 U.S. 523, 528 (1967). Here , the privacy and security of  Ares Armor and thousands of its customers will be violated if this Court does not grant injunctive relief because the ATF's conduct is willfully violative of constitutional safeguards.

ARES ARMOR PI - 4

<u>The ATF Mischaracterizes "EP 80% Lower Receivers" as Firearms As a</u>

<u>Pretense to Seize Customer Information</u>

Gun Control Act (GCA) of 1968, 18 U.S.C. Chapter 44 allows for an individual to make a firearm for personal use. Ares Armor currently possesses but no longer distribute a type of 80% lower receiver called "EP 80%".  Ares Armor stopped distributing the EP Armory product  after it was informed the BATFE was mischaracterizing them as firearms. Ares Armor is not a licensed firearms dealer so it is illegal for them to sell firearms. However the only difference between this product and other 80% lower receivers is that a part called the trigger pocket is colored black. ATF agents subsequently contacted Ares Armor and demanded private customer information of all persons who purchased "EP 80%" lowers.  In the declarations attached to this filing the full chain of event are spelled out.

This appears to be a thinly veiled ruse to gather the personal information of Ares Armor's customers via coercing Ares Armor through threat of criminal penalties and seizure of inventory. Rather than comply to governmental pressure Ares Armor sues on behalf of itself and its customers.

<u>Ares Armor Has Standing to Sue On Behalf of Itself  And Its Customers</u>

The Court has permitted persons who would be subject to future prosecution or future legal action to represent the rights of third parties with whom the

ARES ARMOR PI - 5

challenged law has interfered with a relationship.  Here, Ares Armor clearly has standing as they face imminent seizure of inventory and customer files. As such they have standing to protect the privacy rights of their clients as well.

    *See Doe v. Bolton*, 410 U.S. 179, 188 -189 (1973) (doctors have standing to challenge abortion statute since it operates directly against them and they should not have to await criminal prosecution in order to determine their validity); *Planned Parenthood v. Danforth*, 428 U.S. 52, 62 (1976) (same); *Craig v. Boren*, 429 U.S. 190, 192 -197 (1976) (licensed beer distributor could contest sex discriminatory alcohol laws because it operated on him, he suffered injury in fact, and was "obvious claimant" to raise issue); *Carey v. Population Services Intl.*, 431 U.S. 678, 682 -684 (1977) (vendor of contraceptives had standing to bring action to challenge law limiting distribution).

    There can be no dispute that Ares Armor's customers have a reasonable expectation of privacy as to their purchases made in the sanctity of their home. Accordingly, the BATFE's attempt to coerce Ares Armor imputes the Fourth Amendment rights of its customers as well. As shown, Ares Armor is likely to succeed on the merits.

<u>In the Absence of a Preliminary</u>

<u>Injunction Ares Arms will Suffer Irreparable Harm</u>

Ares Armor will suffer irreparable harm if not granted an injunction.  Unless immediate relief is granted on Wednesday a team of federal agents will arrive at Ares Armor's doorstep expecting its owners to handover it's customer list in exchange for a reprieve from further government harassment. After their The United States Supreme Court has long held that "the loss of … freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury".  *Elrod v. Burns*, 427 U.S. 347 (1976).  Indeed, when liberties are infringed, irreparable injury is presumed.  *11A Charles Alan Wright et al., Federal Practice & Procedure § 2948.1* (2d ed. 1995) ("When an alleged deprivation of a constitutional right is involved, most courts hold that no further showing of irreparable injury is necessary.").

<u>The Balance of Equities Mandates Relief</u>

This matter is analogous to *Klein v. City of San Clemente*, 584 F.3d 1196 (9th Cir. 2009).  In *Klein* the plaintiffs challenged a prohibition of their fundamental right to free speech.  *Klein,* 584 F.3d 1196.   The Court ruled that since the state action affected "anyone seeking to express their views in this

ARES ARMOR PI - 7

manner in the City of San Clemente[,] the balance of equities and the public interest thus tip sharply in favor of enjoining the ordinance." *Id.* at 1208.

### It Serves the Public Interest to Grant Relief.

The Ninth Circuit has stated "all citizens have a stake in upholding the Constitution" and have "concerns [that] are implicated when a constitutional right has been violated." *Preminger v. Principi*, 422 F.3d 815, 826 (9th Cir. 2005). A injunction maintaining the status quo while this matter is litigated would advance the shared interest of all citizens in enforcing the Constitution's guarantees and reinforce this "Nation's basic commitment to foster the dignity and well-being of all persons within its borders." *Goldberg v. Kelly*, 397 U.S. 254, 264-65 (1970). As a practical matter the private information of thousands of U.S. citizens is about to be illegally seized by Federal agents under color of authority.

ARES ARMOR PI - 8

1
2
3

### III. CONCLUSION

4
5

Here in America our Article III Courts are the guardians of ordered

6

liberty. Without immediate relief Ares Armor and the private information of

7

thousands of law abiding citizens will be illegally seized by Federal agents. Any

8

and all defects will be cured. For the time being please issue an order enjoining the

9
10

BATFE from seizing Ares Armor's customer list and inventory.

11
12
13
14
15
16

Dated: March 11th , 2014 Respectfully Submitted,
By: /s/ Alan Beck

17

ALAN BECK Esq.

18

4780 Governor Drive
San Diego, California 92122

19

(619)971-0414

20
21
22
23
24
25
26
27
28

ARES ARMOR PI - 9