# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. DBA ARES ARMOR,<br><br>                    Plaintiff,<br>vs.<br><br>B. TODD JONES in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1–10,<br><br>                    Defendants. | CASE NO. 14-CV-548 JLS (BGS)<br><br>**ORDER: (1) GRANTING TEMPORARY RESTRAINING ORDER; (2) SETTING BRIEFING SCHEDULE; AND (3) ORDERING PRELIMINARY INJUNCTION HEARING**<br><br>(ECF No. 2) |

Presently before the Court is Plaintiff Lycurgan Inc. DBA Ares Armor's ("Ares Armor") Motion for Temporary Restraining Order ("TRO"). (Mot. for TRO, ECF No. 2.) Ares Armor seeks to restrain Defendants B. Todd Jones—Head of the San Diego Field Office of the Bureau of Alcohol, Tobacco, Firearms and Explosives—and Does 1 through 10 (collectively, "ATF") from seizing the Ares Armor customer list and approximately $300,000 in inventory ("the Property") at 11 a.m. on Wednesday, March 12, 2014. (*Id.* at 1–2.)

Having reviewed the materials submitted, the Court **HEREBY ORDERS** that any steps to deprive Ares Armor of the Property **SHALL NOT** be executed until after the Court holds a hearing as to whether a preliminary injunction should issue. ATF

**SHALL FILE** an opposition to Ares Armor's Motion for TRO <u>on or before Friday, March 14, 2014</u>.  Ares Armor **MAY FILE** a reply, if any, <u>at or before 9 a.m. on Monday, March 17, 2014</u>.  The parties are **HEREBY ORDERED** to appear for a preliminary injunction hearing on <u>Thursday, March 20, 2014</u>, at 1:30 p.m. in Courtroom 4A.

**IT IS SO ORDERED**.

DATED: March 11, 2014

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge