# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. DBA ARES ARMOR,<br><br>Plaintiff,<br><br>vs.<br><br>B. TODD JONES in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1–10,<br><br>Defendants. | CASE NO. 14-CV-548 JLS (BGS)<br><br>**ORDER: (1) EXTENDING INJUNCTION TO PREVENT DIVESTMENT OF SUBJECT MATTER OF TEMPORARY RESTRAINING ORDER; (2) CLARIFYING THAT TEMPORARY RESTRAINING ORDER DOES NOT RESTRAIN LAWFUL CRIMINAL PROCEEDINGS; AND (3) MODIFYING BRIEFING SCHEDULE**<br><br>(ECF No. 5) |

Presently before the Court is Defendants' *Ex Parte* Application for Order: (1) Extending Injunction to Prevent Divestment of Subject Matter of Temporary Restraining Order; and (2) Clarifying that Temporary Restraining Order Does Not Restrain Lawful Criminal Proceedings. (ECF No. 5.)

Having reviewed Defendants' *Ex Parte* Application, the Court finds Defendants' requested relief to be reasonable and equitable. Accordingly, the Court **HEREBY ORDERS** that:

(1)   Plaintiff Lycurgan Inc. DBA Ares Armor ("Plaintiff") and its owners, officers,

1  managers, employees, and agents **ARE HEREBY PROHIBITED** from taking
2  any steps to destroy, transfer, sell, or otherwise divest themselves of the items
3  that are the subject matter of the Court's March 11, 2014 Temporary Restraining
4  Order ("TRO") (*see* ECF No. 4);
5  (2) the Court's March 11, 2014 TRO **DOES NOT ENJOIN** lawful criminal
6  proceedings, including the application for or lawfully executed seizure of
7  evidence and contraband pursuant to a search warrant issued by a sworn United
8  States Magistrate Judge pursuant to Federal Rule of Criminal Procedure 41; and
9  (3) the hearing on Plaintiff's motion for TRO **SHALL REMAIN SCHEDULED** for
10 1:30 p.m. on Thursday, March 20, 2014. However, so that the parties may fully
11 address all of the facts and circumstances as alleged by one another, the Court
12 now orders that Defendants **SHALL FILE** a response to Plaintiff's motion <u>at or
13 before 9 a.m. on Monday, March 17, 2014</u>. Plaintiff **SHALL FILE** a reply <u>at or
14 before 12 p.m. on Tuesday, March 18, 2014</u>.
15 **IT IS SO ORDERED**.

DATED: March 14, 2014

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge