# PROOF OF SERVICE

<u>**Case Number**</u>: **14-CV-548 JLS (BGS)**

[✓] I James Balch declare that I am over the age of eighteen (18) years and not a party to this action.  My address is PO BOX 34343 San Diego, Ca 92115. (619) 446-8467

[✓] PERSONAL DELIVERY.  On March 12, 2014, I  served the documents listed below to Bureau of Alcohol, Tobacco, Firearms and Explosives at the following address:  9449 Balboa Avenue, Suite 200 **San Diego**, California 92123.

The documents were received by _____Secretary_____.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 12, 2014 at San Diego, California.

James M. Balch _____ 3/12/14 _____

    James Balch    Signature          Date

Attachments:

**Temporary Restraining Order.  Case Number 14-CV-548 JLS (BGS)**

ARES ARMOR PI - 1