| | |
|---|---|
| 1 | C. D. Michel - S.B.N. 144258 |
| | Sean A. Brady - S.B.N. 262007 |
| 2 | **MICHEL & ASSOCIATES, P.C.** |
| | 180 E. Ocean Blvd., Suite 200 |
| 3 | Long Beach, CA 90802 |
| | Telephone: (562) 216-4444 |
| 4 | Fax: (562) 216-4445 |
| | cmichel@michellawyers.com |
| 5 | |
| | Matthew Horeczko - S.B.N. 194717 |
| 6 | **The Law Offices of Matthew M. Horeczko** |
| | 180 E. Ocean Blvd., Suite 200 |
| 7 | Long Beach, CA 90802 |
| | Telephone: (562) 216-4454 |
| 8 | Fax: (562) 491-6562 |
| | matt@matt-law.com |
| 9 | |
| | Attorneys for |
| 10 | LYCURGAN INC. DBA ARES ARMOR |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LYCURGAN INC. DBA ARES ARMOR, | ) | CASE NO: 14CV0548 JLS (BGS) |
| | ) | |
| Plaintiff, | ) | **NOTICE OF ASSOCIATION OF COUNSEL** |
| | ) | |
| v. | ) | |
| | ) | |
| B. TODD JONES in his Official Capacity As Head of The BATFE. | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF ASSOCIATION OF COUNSEL        1        14CV0548 JLS (BGS)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Plaintiff Lycurgan Inc. doing business as Ares Armor hereby associates as counsel in this action C.D. Michel, Sean A. Brady and the law firm of Michel & Associates, Matthew M. Horeczko and the Law Office of Matthew M. Horeczko.

Please update your file accordingly and serve all documents to:

Michel & Associates, P.C.
180 East Ocean Blvd., Ste. 200
Long Beach, CA  90802

Dated: March 14, 2014              **MICHEL & ASSOCIATES, P.C.**

/s/C.D. Michel
C.D. Michel
Email: cmichel@michellawyers.com
Counsel for Plaintiff Ares Armor

Dated: March 14, 2014              **MICHEL & ASSOCIATES, P.C.**

/s/Sean A. Brady
Sean A. Brady
Email: sbrady@michellawyers.com
Counsel for Plaintiff Ares Armor

Dated: March 14, 2014              **Law Office of Matthew M. Horeczko**

/s/Matthew M. Horeczko
Matthew M. Horeczko
Email: matt@matt-law.com
Counsel for Plaintiff Ares Armor

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. DBA ARES ARMOR,<br><br>Plaintiff,<br><br>v.<br><br>B. TODD JONES in his Official Capacity As Head of The BATFE.<br><br>Defendants. | CASE NO: 14CV0548 JLS (BGS)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF ASSOCIATION OF COUNSEL**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Daniel Everett Butcher**
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)546-6730
Fax: (619)235-2757
Email: Daniel.Butcher@usdoj.gov

**Alan Alexander Beck**
4780 Governor Drive
San Diego, CA 92122
(619)971-0414
Email: ngord2000@yahoo.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 14, 2014.

/s/ C.D, Michel
C.D. Michel