| | |
|---|---|
| 1 | C. D. Michel - S.B.N. 144258 |
| 2 | Sean A. Brady - S.B.N. 262007<br>**MICHEL & ASSOCIATES, P.C.** |
| 3 | 180 E. Ocean Blvd., Suite 200<br>Long Beach, CA 90802 |
| 4 | Telephone: (562) 216-4444<br>Fax: (562) 216-4445 |
| 5 | cmichel@michellawyers.com |

Attorneys for
LYCURGAN INC. DBA ARES ARMOR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. DBA ARES ARMOR, | CASE NO: 14CV00548 JLS (BGS) |
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| v. | |
| B. TODD JONES in his Official Capacity As Head of The BATFE. | |
| Defendants. | |

1 | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

2 |     PLEASE TAKE NOTICE that Plaintiff Lycurgan Inc. doing business as Ares

3 | Armor hereby associates as counsel in this action C.D. Michel and the law firm of

4 | Michel & Associates, P.C.

5 |     Please update your file accordingly and serve all documents to:

6 | Michel & Associates, P.C.
180 East Ocean Blvd., Ste. 200
7 | Long Beach, CA 90802

9 | Dated: March 18, 2014                  **MICHEL & ASSOCIATES, P.C.**

10 |                                             /s/C.D. Michel
11 |                                             C.D. Michel
Email: cmichel@michellawyers.com
12 |                                             Counsel for Plaintiff Ares Armor

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. DBA ARES ARMOR,<br><br>Plaintiff,<br><br>v.<br><br>B. TODD JONES in his Official Capacity As Head of The BATFE.<br><br>Defendants. | CASE NO: 14CV0548 JLS (BGS)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF ASSOCIATION OF COUNSEL**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Daniel Everett Butcher**
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)546-6730
Fax: (619)235-2757
Email: Daniel.Butcher@usdoj.gov

**Alan Alexander Beck**
4780 Governor Drive
San Diego, CA 92122
(619)971-0414
Email: ngord2000@yahoo.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 18, 2014.

/s/ C.D. Michel
C.D. Michel