1  C.D. Michel – SBN 144257
   Sean A. Brady – SBN 262007
2  E-mail: cmichel@michellawyers.com
   MICHEL & ASSOCIATES, P.C.
3  180 E. Ocean Blvd., Suite 200
   Long Beach, CA 90802
4  Telephone: (562) 216-4444
   Facsimile:  (562) 216-4445
5
   Attorneys for Plaintiff Lycurgan Inc.
6
   Alan Alexander Beck - SBN 276646
7  E-mail: ngord2000@yahoo.com
   4780 Governor Drive
8  San Diego, CA 92122
   Tel: (619) 971-0414
9
   Attorney for Plaintiff Lycurgan Inc.
10
   Daniel E. Butcher – SBN 144624
11 E-mail: Daniel.Butcher@usdoj.gov
   Office of the U.S. Attorney
12 880 Front Street, Room 6293
   San Diego, CA 92101
13 Tel: (619) 546-7696
   Fax: (619) 546-7751
14
   Attorney for Defendant B. Todd Jones

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYCURGAN INC. Dba ARES ARMOR<br><br>    Plaintiff,<br><br>v.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br><br>    Defendants. | **CASE NO: 14CV00548 JLS (BGS)**<br><br>**JOINT MOTION TO TAKE HEARING ON PRELIMINARY INJUNCTION OFF CALENDAR AND GRANTING LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>Honorable Janis L. Sammartino |

# I.
# INTRODUCTION

The plaintiff, Lycurgan Inc. Dba "Ares Armor" ("Plaintiff") and Defendant B. Todd Jones, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives ("Defendant"), through their respective attorneys of record, hereby jointly move the Court to remove the preliminary injunction hearing currently scheduled for March 27, 2014, at 1:30 p.m. from the court's calendar since the specific injunctive relief sought by that particular request is now moot. This request should not be construed as precluding Plaintiff from seeking further injunctive or other relief through subsequent motions in this matter.

# II.
# RECITALS

On March 11, 2014, Plaintiffs filed a Civil Complaint with this court seeking, in pertinent part, injunctive relief enjoining the Defendant and its officers, agents, servants, employees, and all persons in concert or participation with them from seizing "Ares Armor EP Armory Inventory and customer list" ("Property"). Plaintiffs also requested that a temporary restraining order be issued to prevent seizure of the property.

On March 11, 2014, this Court issued an Order that (1) granted a Temporary Restraining Order (the "TRO"); (2) set a Briefing Schedule; and (3) set a Preliminary Injunction Hearing date. The March 11, 2014, TRO issued by this Court ordered that "any steps [by Defendant] to deprive Ares Armor of the Property SHALL NOT be executed until after the Court holds a hearing as to whether a preliminary injunction should issue."

Under the Court's March 11, 2014, Order, Defendant's Opposition to the injunction request was due on or before Friday, March 14, 2014. Plaintiffs Reply to that Opposition, if any, was due at or before 9 a.m. March 17, 2014. The preliminary injunction hearing date was scheduled for March 20, 2014, at 1:30 p.m.

On March 14, 2014, Defendant filed an *ex parte* motion and sought a modification to the TRO. Defendant asked the Court to clarify that the TRO did not restrain Defendant from initiating lawful criminal proceedings, including obtaining and executing a search warrant to seize the Property. Plaintiff's attorney at that time, Alan Beck, was served with a copy of the motion.

On March 14, 2014, the Court granted Defendant's *ex parte* application and issued an Order that: 1) enjoined Plaintiff, its owners, officers, manages, employees and agents from taking any steps to destroy, transfer, sell or divest themselves of the property subject to the TRO; and 2) modified the March 11 TRO so as to make clear that the TRO did not enjoin lawful criminal proceedings, including the application for a search warrant or lawful seizure of evidence and contraband pursuant to a search warrant issued by a U.S. Magistrate Judge pursuant to Federal Rule of Criminal Procedure 41, and 3) extended the briefing schedule. Defendant's Opposition brief was ordered to be filed by March 17, 2014 at 9 a.m., and Plaintiff's reply was to be filed on March 18, 2014, by12 p.m.

On or before March 15, 2014, after the TRO was modified on March 14, 2014, agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") obtained a search warrant to seize the Property at issue in Plaintiff's TRO (as modified by the Court's March 14, 2014 Order).

On March 15, 2014, the warrant was executed at Plaintiff's business locations and the Property was seized by agents of the ATF.

On March 17, 2014, Defendant's Opposition was filed with this Court.

The hearing date for the Preliminary Injunction for the Property currently in the possession of the ATF is still scheduled for March 20, 2014.

## III.

## BASIS FOR TAKING HEARING OFF CALENDAR

In consideration of the specific injunctive relief requested by the TRO to prevent the seizure of the Property, the Court's modification of the TRO on March

14, the issuance of a search warrant and the subsequent execution of that warrant and seizure of the Property by the Defendants on March 15, 2014, the request for injunctive relief to prevent the seizure of the Property appears moot. Judicial economy and the parties' interests in preserving resources for litigating the actual merits of this case are furthered by dropping the preliminary injunction issue at his time.

NOW THEREFORE, THE PARTIES STIPULATE AND AGREE, AND JOINTLY MOVE FOR THE COURT TO ORDER THE FOLLOWING:

1. The hearing for the preliminary injunction currently scheduled for March 20, 2014, at 1:30 p.m. shall be taken off calendar.

2. The TRO in this case is vacated as of March 20, 2014, at 1:30 p.m pursuant to Federal Rule of Civil Procedure 65(b).

3. This Order shall not affect Plaintiff's right to file an amended Complaint to reflect the current status of the case, the possession of the Property by ATF, and to seek additional relief prior to Defendant's filing of a responsive pleading, nor Plaintiff's ability to seek leave to file an amended Complaint thereafter.

4. This Order shall not prevent Plaintiffs from seeking other injunctive or other relief either before or after an amended Complaint is filed.

Dated: March 19, 2014           **MICHEL & ASSOCIATES, P.C.**

                                /s/ C. D. Michel
                                C.D. Michel
                                Attorney for Plaintiff Lycurgan Inc.

Dated: March 19, 2014           **Assistant U.S. Attorney**

                                /s/ Daniel Butcher
                                Daniel Butcher
                                Attorney for Defendant B. Todd Jones

**CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Daniel E. Butcher to affix his electronic signature to this document.

Dated: March 19, 2014　　　　　　　　　MICHEL & ASSOCIATES, P.C.

　　　　　　　　　　　　　　　　　　　/s/ C. D. Michel
　　　　　　　　　　　　　　　　　　　C.D. Michel
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Lycurgan Inc.

| | |
|---|---|
| 1 | **IN THE UNITED STATES DISTRICT COURT** |
| 2 | **FOR THE SOUTHERN DISTRICT OF CALIFORNIA** |

| | | |
|---|---|---|
| 3 | LYCURGAN INC. DBA ARES ARMOR, | ) CASE NO: 14CV0548 JLS (BGS) |
| 4 | | ) **CERTIFICATE OF SERVICE** |
| 5 | Plaintiff, | ) |
| 6 | v. | ) |
| 7 | B. TODD JONES in his Official Capacity As Head of The BATFE. | ) |
| 8 | Defendants. | ) |

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**JOINT MOTION TO TAKE HEARING ON PRELIMINARY INJUNCTION OFF CALENDAR AND GRANTING LEAVE TO FILE AN AMENDED COMPLAINT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Daniel Everett Butcher**
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)546-6730
Fax: (619)235-2757
Email: Daniel.Butcher@usdoj.gov

**Alan Alexander Beck**
4780 Governor Drive
San Diego, CA 92122
(619)971-0414
Email: ngord2000@yahoo.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 19, 2014.

/s/ C.D. Michel
C.D. Michel