# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. dba ARES ARMOR,<br><br>Plaintiff,<br><br>vs.<br><br>B. TODD JONES in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1–10,<br><br>Defendants. | CASE NO. 14-CV-548 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO: (1) TAKE HEARING ON PRELIMINARY INJUNCTION OFF CALENDAR, AND (2) GRANT LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>(ECF No. 11) |

Presently before the Court is the parties' Joint Motion to Take Hearing on Preliminary Injunction Off Calendar and Grant Leave to File an Amended Complaint. (ECF No. 11.) A preliminary injunction hearing in the above-named action is currently scheduled for 1:30 p.m. on Thursday, March 20, 2014. The parties, however, contend that the requested injunctive relief is now moot, and hence argue that going forward with the hearing would be a waste of resources. (*Id.* at 3–4.) The Court agrees. Accordingly, pursuant to the parties' Joint Motion, the Court **HEREBY ORDERS** as follows:

1. (1) The preliminary injunction hearing scheduled for March 20, 2014, is **VACATED AS MOOT**.
2. (2) Pursuant to Federal Rule of Civil Procedure 65(b), the March 11, 2014 Temporary Restraining Order (as modified on March 14, 2014) also is **VACATED** as of 1:30 p.m. on Thursday, March 20, 2014.
3. (3) Pursuant to Federal Rule of Civil Procedure 15(a), this Order **SHALL NOT AFFECT** Plaintiff Lycurgan Inc. DBA Ares Armor's ("Plaintiff") right to file an amended Complaint prior to Defendants' filing of a responsive pleading, nor Plaintiff's ability to seek leave to file an amended Complaint thereafter.
4. (4) This Order **SHALL NOT PREVENT** Plaintiff from seeking further injunctive or other relief either before or after filing an amended Complaint.

**IT IS SO ORDERED**.

DATED: March 19, 2014

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge