| Attorney of Party Without Attorney (Name and Address) | | | | Telephone No: 619 971-0414 | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| Alan Beck - Attorney At Law<br>4780 Governor Drive<br>San Diego CA 92122<br>Attorney For: PLAINTIFF | | | | Reference Number: 130222 | |

United States District Court
Southern District of California

| Plaintiff/Petitioner: | Lycurgan Inc DBA Ares Armor |
|---|---|
| Defendant/Respondent: | B. Todd Jones, et al. |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number: 14-CV-0548-JLS-BGS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   Summons; Complaint; Civil Cover Sheet; Declaration of Dimitrios Karras, CEO Ares Armor

3a. Party Served      : Eric Holder in his Official Capacity as the Attorney General of the United States

3b. Person Served     : Steffon Edmonds, Title: Authorized to Accept
    Description       :

4.  Address           : 950 Pennsylvania Street NW
                        Washington, DC 20226

5a. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on 4/16/2014 at 10:15am.

7. Person Serving (name, address, and telephone No.):

   **Central Attorney Service, Inc.**
   1241 State Street
   San Diego, CA 92101
   (619)233-3344  Fax (619)233-3350

   Fee for service: $ 141.25
   Andre W. Keith
   Not a registered California process server.

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: 4/16/2014

   (Signature)

Judicial Council form POS-010      **Proof of Service**      Code Civil Procedure 417.10(f)