C. D. Michel - S.B.N. 144258
Sean A. Brady - S.B.N. 262007
**MICHEL & ASSOCIATES, P.C.**
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
cmichel@michellawyers.com

Attorneys for Lycurgan, Inc. DBA Ares Armor

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. DBA ARES ARMOR,<br><br>Plaintiff,<br><br>v.<br><br>B. TODD JONES in his Official Capacity As Head of The BATFE.<br><br>Defendants. | CASE NO: 14CV0548 JLS (BGS)<br><br>**NOTICE OF MOTION AND MOTION OF MICHEL & ASSOCIATES, P.C., C.D. MICHEL AND SEAN BRADY FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

**NOTICE TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that the law firm of Michel & Associates, P.C. and attorneys C.D. Michel and Sean A. Brady, request leave to withdraw as co-counsel of record for Plaintiff Lycuragan, Inc. doing business as Ares Armor, such request made pursuant to Southern District Local Civil Rule 83.3(g)(3).

Withdrawal will neither prejudice Plaintiff nor delay trial, as Plaintiff has been and will continue to be represented by co-counsel Alan Beck. Mr. Beck initially filed the pleadings in this case, is familiar with the issues presented, and recently filed a motion on behalf of Plaintiff discussing this withdrawal and his position as sole counsel. See Plaintiff's Motion to Withdraw Consent For

Extension And For Production of Documents (Docket Doc. No. 17), at 1:25 - 2:2 (Plaintiff, through co-counsel Beck, acknowledging its consent to moving party's withdrawal as co-counsel and having Beck remain as its sole counsel).

     Michel & Associates, C.D. Michel, and Sean Brady, through C.D. Michel, have informed Plaintiff of their intent to sever ties with Plaintiff. <u>See</u> Declaration of C.D. Michel I/S/O Motion to Withdraw, at ¶ 2. Plaintiff has consented to the termination of representation. <u>See</u> <u>id</u>., at ¶ 2; <u>see</u> <u>also</u> Plaintiff's Motion to Withdraw Consent For Extension And For Production of Documents (Docket Doc. No. 17), at 1:25 - 2:2.

Dated: June 13, 2014  **MICHEL & ASSOCIATES, P.C.**

/s/C.D. Michel
C.D. Michel
Counsel for Plaintiff Lycurgan, Inc.
DBA Ares Armor

Dated: June 13, 2014  **MICHEL & ASSOCIATES, P.C.**

/s/Sean A. Brady
Sean A. Brady
Counsel for Plaintiff Lycurgan, Inc.
DBA Ares Armor

## DECLARATION OF C.D. MICHEL

I, Carl Dawson Michel, am not a party in the above-titled action. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below.

1. I, along with my associate Sean Brady, and my law firm, Michel & Associates, P.C., am co-counsel of record for Lycurgan, Inc. DBA Ares Armor. This declaration is made in support of the motion we have brought seeking the court's leave to withdraw as co-counsel of record for Plaintiff.

2. On June 9, 2014, I exchanged e-mails with Plaintiff. In that exchange, I informed Mr. Karras that Mr. Brady, my firm, and I should withdraw from further representing Plaintiff. On that date I received an e-mail from Plaintiff, agreeing that we should no longer represent Plaintiff in this matter.

3. In conformance with the attached proof of service, a copy of this motion is being served on the client concurrently with service on co-counsel and the U.S. Attorney.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on June 13, 2014

/s/C.D. Michel
C.D. Michel, declarant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYCURGAN INC. DBA ARES ARMOR,<br><br>Plaintiff,<br><br>v.<br><br>B. TODD JONES in his Official Capacity As Head of The BATFE.<br><br>Defendants. | CASE NO: 14CV0548 JLS (BGS)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**MOTION TO WITHDRAW**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Daniel Everett Butcher**
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)546-6730
Fax: (619)235-2757
Email: Daniel.Butcher@usdoj.gov

**Alan Alexander Beck**
4780 Governor Drive
San Diego, CA 92122
(619)971-0414
alan.alexander.beck@gmail.com

Additionally, I caused the foregoing to be forwarded to Lycurgan Inc. CEO, Dimitri Karras via e-mail and certified mail on the date this declaration was executed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2014.

                                                    /s/ C.D, Michel
                                                    C.D. Michel