

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

Lycurgan Inc.

                               **Plaintiff,**

                 V.

Jones et al.

                               **Defendant.**

FILED 6/13/2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: J. Ortiz, Deputy

Civil No. 14cv0548-JLS(BGS)

**STRICKEN DOCUMENT:**

Motion for Order (proposed order)

**Per Order #**     21

20