Alan Alexander Beck (S.B.N. 276646)
3985 Hamilton Street
San Diego, CA 92104
(619) 971-0414
Alan.alexander.beck@gmail.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. DBA ARES ARMOR <br><br>        Plaintiff. <br><br> v. <br><br> B. TODD JONES in his Official Capacity As Head o f The BATFE, <br><br>        Defendant. | ) Case No.: 14CV0548JLS (BGS) <br> ) <br> ) **JOINT MOTION FOR AN AGREED** <br> ) **ORDER** <br> ) <br> ) <br> ) Judge: Hon. Janis Sammartino <br> ) <br> ) <br> ) <br> ) |

### <u>JOINT MOTION FOR AN AGREED ORDER</u>

      Plaintiff, Lycurgan Inc. DBA Ares Armor ("Plaintiff") and Defendant B.

Todd Jones ("Defendant") respectfully submit this Joint Motion for an Agreed

Order in the above-captioned matter. The parties move this Court to stay the case,

and toll any deadlines pending the resolution of the motion to unseal the affidavit

filed in support of the issuance of the search warrant in case number 3:14-cv-

01424-JLS-BGS, presently scheduled for hearing on July 31, 2014.  They further

agree that Plaintiff will apply to the court for permission to file an amended

complaint within seven days following entry of the court's ruling on the motion to unseal the warrant.


Respectfully Submitted,

/s/ Alan Beck
Alan Beck
Attorney for Lycurgan Inc. DBA Ares Armor
alan.alexander.beck@gmail.com


/s/Daniel Butcher
Daniel Butcher
Attorney for B. TODD JONES
daniel.butcher@usdoj.gov

CERTIFICATE OF SERVICE

On this, the 13th day of August, 2013, I served the foregoing pleading by electronically filing it with the Court's CM/ECF system, which generated a Notice of Filing and effects service upon counsel for all parties in the case. I declare under penalty of perjury that the foregoing is true and correct.


/s/ Alan Beck
Alan Beck