Alan Alexander Beck (S.B.N. 276646)
3985 Hamilton Street
San Diego, CA 92104
(619) 971-0414
Alan.alexander.beck@gmail.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. DBA ARES ARMOR | Case No.: 14CV0548JLS (BGS) |
| Plaintiff. | **JOINT MOTION FOR AN AGREED ORDER** |
| v. | |
| B. TODD JONES in his Official Capacity As Head o f The BATFE, | Judge: Hon. Janis Sammartino |
| Defendant. | |

## **Withdrawal of Document**

Plaintiff, Lycurgan Inc. DBA Ares Armor ("Plaintiff") respectfully submit this motion for Withdrawal of Document Docket Number [23]. Undersigned improperly signed the document and was advised to withdraw the document and refile it with a proper signature line. Plaintiff asks that this Court please withdraw Docket Number [23] from the record.

Respectfully Submitted,

/s/ Alan Beck  
Alan Beck  
Attorney for Lycurgan Inc. DBA Ares Armor  
alan.alexander.beck@gmail.com

## CERTIFICATE OF SERVICE

On this, the 8th day of July, 2014, I served the foregoing pleading by electronically filing it with the Court's CM/ECF system, which generated a Notice of Filing and effects service upon counsel for all parties in the case. I declare under penalty of perjury that the foregoing is true and correct.

<u>/s/ Alan Beck</u>
Alan Beck