# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. dba ARES ARMOR,<br><br>Plaintiff,<br><br>vs.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1–10,<br><br>Defendants. | CASE NO. 14-CV-548 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION FOR AN AGREED ORDER**<br><br>(ECF No. 24) |

Presently before the Court is the parties' Joint Motion for an Agreed Order. (ECF No. 24.) Good cause appearing, the Court **GRANTS** the Joint Motion. This action is **HEREBY STAYED** and all deadlines **TOLLED** until the date on which an order on the related motion to unseal (14-CV-1424, ECF No. 1) is docketed. As stipulated by the parties, <u>within seven (7) days</u> of the docketing of said order, Plaintiff **SHALL APPLY** to the Court for permission to file an amended complaint.

**IT IS SO ORDERED**.

DATED: July 11, 2014

Honorable Janis L. Sammartino
United States District Judge