Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
**The McMillan Law Firm, APC**
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095

Attorneys for Petitioner,
Lycurgan, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC., a California corporation, d/b/a Ares Armor,<br><br>Plaintiff,<br><br>vs.<br><br>B. Todd Jones in his Official Capacity As Head of The BATFE,<br><br>Defendant. | Case No.:14-cv-00548-JLS-BGS<br><br>NOTICE OF ASSOCIATION OF COUNSEL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Lycurgan Inc. doing business as Ares Armor hereby associates as counsel in this action Scott A. McMillan and the law firm The McMillan Law Firm, APC.

/ / /

/ / /

/ / /

Please update your file accordingly and serve all documents to:

Scott A. McMillan  
The McMillan Law Firm, APC  
4670 Nebo Drive, Suite 200  
La Mesa, CA 91941-5230

Respectfully submitted,

The McMillan Law Firm, APC

Dated: August 27, 2014

/s/ Scott A. McMillan

_____

Scott A. McMillan  
Attorneys for Lycurgan, Inc.  
Plaintiff

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 4670 Nebo Drive, Suite 200, La Mesa, CA 91941-5230

I am not a party to the above-entitled action. I have caused service of:

NOTICE OF ASSOCIATION OF COUNSEL

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Daniel Everett Butcher
U S Attorneys Office
Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101

(619)546-6730
Fax: (619)235-2757
Email: Daniel.Butcher@usdoj.gov

Alan Alexander Beck
4780 Governor Drive
San Diego, CA 92122

(619)971-0414
Email: ngord2000@yahoo.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 27, 2014.

/s/ Scott A. McMillan

_____