Alan Alexander Beck, SBN 276646
4780 Governor Drive
San Diego, CA 92122
(619)971-0414

Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
**The McMillan Law Firm, APC**
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095

Attorneys for Petitioner, Lycurgan, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC., a California corporation, d/b/a Ares Armor,<br><br>    Plaintiff,<br><br>    vs.<br><br>B. Todd Jones in his Official Capacity As Head of The BATFE,<br><br>    Defendant. | Case No.:14-cv-00548-JLS-BGS<br><br>EMERGENCY EX-PARTE APPLICATION FOR AN ENLARGEMENT OF TIME IN WHICH TO SEEK LEAVE TO FILE AMENDED COMPLAINT; DECLARATION OF COUNSEL THEREON. |

### EX-PARTE APPLICATION FOR EXTENSION OF TIME

Lycurgan, Inc., Plaintiff, through its counsel of record Scott A. McMillan, and The McMillan Law Firm, APC, requests a seven (7) day extension of time in which to file its application for permission to file an amended complaint.

Counsel for Plaintiff and Defendant have met and conferred regarding the request and Defendant does not object to the requested relief.

On July 11, 2014, the Court entered an order on the parties' Joint Motion for an Agreed Order [ECF 24] which provided, in pertinent part:

"Presently before the Court is the parties' Joint Motion for an Agreed Order. (ECF No. 24.) Good cause appearing, the Court GRANTS the Joint Motion. This action is HEREBY STAYED and all deadlines

TOLLED until the date on which an order on the related motion to unseal (14-CV-1424, ECF No. 1) is docketed. As stipulated by the parties, within seven (7) days of the docketing of said order, Plaintiff SHALL APPLY to the Court for permission to file an amended complaint. . . "

[Order, ECF 26.]

On August 21, 2014, the court denied the motion as moot, and dismissed the related civil case regarding the motion to unseal. [Case No., 14-CV-1424, ECF 16, 17.]

Today, on August 27, 2014, undersigned associated into the case with Attorney Alan Beck. Both attorneys have been working diligently to prepare a draft amended complaint to attach as the exhibit to the application for leave to file an amended complaint.

The time for filing the application lapses tomorrow, August 28, 2014.

In light of the complexity of the issues, and the number of events taking place in the last five months, the complaint is taking some time.

Wherefore, undersigned respectfully requests an additional week to complete the complaint and application for leave to file the amended complaint.

Respectfully submitted,

The McMillan Law Firm, APC

Dated: August 27, 2014

/s/ Scott A. McMillan

_____

Scott A. McMillan
Attorneys for Lycurgan, Inc.
Plaintiff

# DECLARATION OF COUNSEL

I, Scott A. McMillan, declare:

1. I am co-counsel in the above captioned case. If called before this court, I could and would testify competently to the following from my own personal knowledge:

2. Today I associated in to the above captioned case.

3. Yesterday, I had email correspondence with the Assistant United States Attorney assigned to this case, Daniel Butcher. I asked him by email if he had any opposition to our request for a seven day extension, to which he replied: "No problem."

4. Attorney Beck and I are drafting an amended complaint which addresses the events and issues that have arisen since March of this year. I will be drafting an application for leave to file that amended complaint. We should have that completed in the next seven days.

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 27, 2014, in the City of La Mesa, County of San Diego, State of California.

/s/ Scott A. McMillan

_____

Scott A. McMillan
Attorneys for Lycurgan, Inc.
Plaintiff

CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 4670 Nebo Drive, Suite 200, La Mesa, CA 91941-5230

I am not a party to the above-entitled action. I have caused service of:

EMERGENCY EX-PARTE APPLICATION FOR AN ENLARGEMENT OF TIME IN WHICH TO SEEK LEAVE TO FILE AMENDED COMPLAINT; DECLARATION OF COUNSEL THEREON.

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Daniel Everett Butcher
U S Attorneys Office
Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101

(619)546-6730
Fax: (619)235-2757
Email: Daniel.Butcher@usdoj.gov

Alan Alexander Beck
4780 Governor Drive
San Diego, CA 92122

(619)971-0414
Email: ngord2000@yahoo.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 27, 2014.

/s/ Scott A. McMillan

_____