# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC., a California corporation, d/b/a ARES ARMOR,<br><br>Plaintiff,<br><br>vs.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives,<br><br>Defendant. | CASE NO. 14-CV-548 JLS (BGS)<br><br>**ORDER GRANTING PLAINTIFF'S EMERGENCY EX-PARTE APPLICATION FOR AN ENLARGEMENT OF TIME IN WHICH TO SEEK LEAVE TO FILE AMENDED COMPLAINT**<br><br>(ECF No. 28) |

Presently before the Court is Plaintiff Lycurgan, Inc. d/b/a Ares Armor's ("Plaintiff") Emergency Ex-Parte Application for an Enlargement of Time in Which to Seek Leave to File Amended Complaint. (ECF No. 28.) Plaintiff requests a seven (7)-day extension of time in which to move for leave to amend the Complaint. (*Id.* at 1.) Plaintiff represents that "[c]ounsel for Plaintiff and Defendant have met and conferred regarding the request and Defendant does not object." (*Id.*) Good cause appearing, the Court **GRANTS** Plaintiff's Ex Parte Application. Plaintiff **SHALL FILE** a motion seeking leave to amend the Complaint on or before September 4, 2014.

**IT IS SO ORDERED**.

DATED: August 29, 2014

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge