Alan Alexander Beck, SBN 276646
4780 Governor Drive
San Diego, CA 92122
(619)971-0414

Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
**The McMillan Law Firm, APC**
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095

Attorneys for Petitioner, Lycurgan, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC., a California corporation, d/b/a Ares Armor,<br><br>Plaintiff,<br><br>vs.<br><br>B. Todd Jones in his Official Capacity As Head of The BATFE,<br><br>Defendant. | Case No.:14-cv-00548-JLS-BGS<br><br>EMERGENCY EX-PARTE APPLICATION FOR AN ENLARGEMENT OF TIME IN WHICH TO SEEK LEAVE TO FILE AMENDED COMPLAINT; DECLARATION OF COUNSEL THEREON. |

EX-PARTE APPLICATION FOR SECOND EXTENSION OF TIME

Lycurgan, Inc., Plaintiff, through its counsel of record Scott A. McMillan, and The McMillan Law Firm, APC, requests a fourteen (14) day extension of time in which to file its application for permission to file an amended complaint.

Counsel for Plaintiff and Defendant have met and conferred regarding the request and Defendant does not object to the requested relief.

On July 11, 2014, the Court entered an order on the parties' Joint Motion for an Agreed Order [ECF 24] which provided, in pertinent part:

> "Presently before the Court is the parties' Joint Motion for an Agreed Order. (ECF No. 24.) Good cause appearing, the Court GRANTS the Joint Motion. This action is HEREBY STAYED and all deadlines

| | |
|---|---|
| 1 | TOLLED until the date on which an order on the related motion to unseal (14-CV-1424, ECF No. 1) is docketed. As stipulated by the parties, within seven (7) days of the docketing of said order, Plaintiff SHALL APPLY to the Court for permission to file an amended complaint. . ." |
| 2 | |
| 3 | |
| 4 | [Order, ECF 26.] |
| 5 | On August 21, 2014, the court denied the motion as moot, and dismissed the |
| 6 | related civil case regarding the motion to unseal. [Case No., 14-CV-1424, ECF 16, |
| 7 | 17.] |
| 8 | On August 28, 2014, Plaintiff Lycurgan requested a seven day extension by |
| 9 | way of an Emergency Ex-parte Application for an Extension of Time. [ECF 28]. |
| 10 | On August 29, 2014, the Court granted the application. [ECF 29.] |
| 11 | For the reasons set forth in the declaration, the amended complaint is |
| 12 | incomplete. |
| 13 | The time for filing the application lapses today, September 4, 2014. |
| 14 | For the reasons set forth in the declaration, there are intervening events that |
| 15 | will prevent the completion of the complaint in a short period of time, e.g., another |
| 16 | seven days. Thus, Plaintiff requests that the Court extend the deadline an |
| 17 | additional two weeks. |
| 18 | In light of the complexity of the issues, and the number of events |
| 19 | taking place in the last five months, the complaint is taking some time. |
| 20 | / / / |
| 21 | / / / |
| 22 | / / / |

Wherefore, undersigned respectfully requests an additional two weeks to complete the complaint and application for leave to file the amended complaint.

Respectfully submitted,

The McMillan Law Firm, APC

Dated: September 4, 2014

/s/ Scott A. McMillan

_____

Scott A. McMillan
Attorneys for Lycurgan, Inc.
Plaintiff

## DECLARATION OF COUNSEL

I, Scott A. McMillan, declare:

1. I am co-counsel in the above captioned case. If called before this court, I could and would testify competently to the following from my own personal knowledge:

2. Today I had email correspondence with the Assistant United States Attorney assigned to this case, Daniel Butcher. I asked him by email if he had any opposition to our request for a two week extension, to which he replied: "I have no objection to your request for an additional two weeks."

3. On August 27, 2014, I had represented to the court that we should have our amended complaint drafted in the "following seven days." That belief was overly optimistic in light of additional theories that Attorney Alan Beck and I have developed in our review. Further, my office and I have been reviewing time entries in order to come up with an approximation for the fees incurred in the motion to unseal the affidavit. Today, my office filed the Rule 54(e) motion for an award of attorneys fees, as well as a request for payment of the modest costs associated with the filing of the motion to unseal the affidavit.

4. The additional two weeks is necessary because I learned today that on September 1, 2014, the State Bar approved my long-pending application for Certification as an Appellate Law Specialist. The Annual Meeting of the State Bar is next week, which offers at least nine (9) hours of Appellate Law CLE – which are otherwise difficult to come by. Upon learning of the approval as a Appellate Specialist, I made arrangements to attend those classes. Further, I have an oral argument in the Fourth District Court of Appeals which I must prepare for on Tuesday, September 8, 2014 in an appeal following a grant of new trial which will touch on some technical, cutting-edge issues of California's Bus. & Prof. Code 16600 interpretation.

5. Between those time constraints, and running the practice and my regular work, it will be difficult to complete the complaint in a shorter time.

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 4, 2014, in the City of La Mesa, County of San Diego, State of California.

/s/ Scott A. McMillan

_____

Scott A. McMillan
Attorneys for Lycurgan, Inc.
Plaintiff

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 4670 Nebo Drive, Suite 200, La Mesa, CA 91941-5230

I am not a party to the above-entitled action. I have caused service of:

EMERGENCY EX-PARTE APPLICATION FOR AN ENLARGEMENT OF TIME IN WHICH TO SEEK LEAVE TO FILE AMENDED COMPLAINT; DECLARATION OF COUNSEL THEREON.

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Daniel Everett Butcher
U S Attorneys Office
Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101

(619)546-6730
Fax: (619)235-2757
Email: Daniel.Butcher@usdoj.gov

Alan Alexander Beck
4780 Governor Drive
San Diego, CA 92122

(619)971-0414
Email: ngord2000@yahoo.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 4, 2014.

/s/ Scott A. McMillan

_____