Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
**The McMillan Law Firm, APC**
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500
Fax. 206-600-5095

Attorneys for Lycurgan, Inc. d/b/a Ares Armor

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC., a California corporation, d/b/a Ares Armor,<br><br>Plaintiff,<br><br>vs.<br><br>B. TODD JONES, as Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, EARL GRIFFITH, an individual, UNKNOWN NAMED TECHNOLOGIST, an individual, UNKNOWN NAMED AGENTs I-VII, individuals, and DOES I-XI, in their individual capacities.<br><br>Defendants. | Case No. 14cv0548- JLS-BGS<br><br>Hon. Janis Lynn Sammartino<br><br>**NOTICE OF PARTIES WITH FINANCIAL INTEREST** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

///

///

| | |
|---|---|
| 1 | In accordance with Federal Rule of Civil Procedure 7.1 and S.D. Cal. Civil Local Rule 40.2, Plaintif Lycurgan, Inc., a California corporation, states that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of the stock of Lycurgan, Inc.. |

Respectfully submitted,

The McMillan Law Firm, APC

/s/ Michelle D. Volk

Dated: September 19, 2014

Michelle D. Volk
Attorneys for Plaintiff
Lycurgan, Inc. d/b/a Ares Armor
Plaintiff
NOTICE OF PARTIES WITH FINANCIAL INTEREST 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 19, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

/s/ Michelle D. Volk
_____