Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
The McMillan Law Firm, APC
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095
Attorneys for Plaintiff, Lycurgan, Inc.

LAURA E DUFFY
United States Attorney
DANIEL E. BUTCHER
Assistant U.S. Attorney
California Bar No. 144624
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7696
Fax: (619) 546-7751
Email: Daniel.Butcher@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. dba ARES ARMOR, <br><br>Plaintiff <br><br>v. <br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10, <br><br>Defendants. | Case No.: 14CV548 JLS (BGS) <br><br>JOINT MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT |

Plaintiff's motion to file an amended complaint is presently scheduled for a hearing on October 30, 2014, and 1:30 p.m.  However, a hearing on Defendant's motion to dismiss in the related case involving the same parties, <u>Lycurgan, Inc. dba Ares Armor v. Jones</u>, 14-cv-1679 JLS (BGS), is presently scheduled November 6, 2014, at 1:30 p.m.

1 | In the interest of efficiency, and because there are common issues in the two
2 | hearings, the parties jointly move to continue the hearing in this case to November 6,
3 | 2014, at 1:30 p.m.

4 | DATED:   October 27, 2014          Respectfully submitted,

5 | LAURA E. DUFFY
    United States Attorney

7 |  s/ Daniel E. Butcher
    DANIEL E. BUTCHER
8 | Assistant United States Attorney
    Attorneys for Defendant

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Scott McMillan to affix his electronic signature to this document.

s/Daniel E. Butcher
DANIEL E. BUTCHER
Assistant U.S. Attorney

2