UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| LYCURGAN INC. dba ARES ARMOR, | Case No.: 14CV548 JLS (BGS) |
|---|---|
| Plaintiff | PROOF OF SERVICE |
| v. | |
| B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10, | |
| Defendants. | |

I, Daniel E. Butcher, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA. 92101-8893.

I am not a party to the above-entitled action. I have caused service of

JOINT MOTION TO CONTINUE HEARING

on the following parties by:

■ ECF--Electronic Notice/Service :

Alan Beck, Esq.
Scott McMillan, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:   October 28, 2014          /s Daniel E. Butcher_____
                                                          Daniel E. Butcher