UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| LYCURGAN INC. dba ARES ARMOR, | CASE NO. 14-CV-548 JLS (BGS) |
|---|---|
| Plaintiff, | **ORDER: (1) GRANTING JOINT MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT; (2) SETTING NEW HEARING DATE** |
| vs. | |
| | (ECF No. 38) |
| B. TODD JONES in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1–10, | |
| Defendants. | |

Presently before the Court is the parties' Joint Motion to Continue Hearing on Plaintiff's Motion to File an Amended Complaint. (ECF No. 38.) The parties request that the hearing presently scheduled for October 30, 2014 at 1:30pm be continued until November 6, 2014 at 1:30pm, at which time there is a hearing scheduled in the related case <u>Lycurgan, Inc. dba Ares Armor v. Jones</u>, 14-cv-1679. The Court grants the request to continue the October 30, 2014 hearing in this case, but **CONTINUES** the hearing

1 | on Plaintiff's Motion to File an Amended Complaint until <u>Friday, December 12, 2014
2 | at 2:30pm</u>.
3 |     **IT IS SO ORDERED**.
4 | DATED: October 29, 2014

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge