# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. dba ARES ARMOR,<br><br>Plaintiff,<br><br>vs.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1–10,<br><br>Defendants. | CASE NO. 14-CV-548 JLS (BGS)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 35) |

Presently before the Court is Plaintiff Lycurgan, Inc., d/b/a Ares Armor's ("Plaintiff") Motion for Leave to File Supplemental/Amended Complaint Pursuant to Federal Rules of Civil Procedure Section 15(d). (ECF No. 35.) There Court **HEREBY VACATES** the motion hearing set for December 12, 2014 and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

DATED: December 5, 2014

Honorable Janis L. Sammartino
United States District Judge