Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
The McMillan Law Firm, APC
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095
Attorneys for Plaintiff, Lycurgan, Inc.

LAURA E DUFFY
United States Attorney
DANIEL E. BUTCHER
Assistant U.S. Attorney
California Bar No. 144624
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7696
Fax: (619) 546-7751
Email: Daniel.Butcher@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. dba ARES ARMOR,<br><br>Plaintiff<br><br>v.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br><br>Defendants. | Case No.: 14CV548 JLS (BGS)<br><br>JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

On December 17, 20104, the Court granted Plaintiff's motion to file an amended complaint and the First Amended Complaint was filed that same day. Pursuant to Fed. R. Civ. P. 15(a), Defendant's response to the complaint is due on December 31, 2015. The parties jointly move for an order extending the time for

Defendant to respond to the First Amended Complaint to January 30, 2015. This joint motion is made for the following reason:

1. Defense counsel is on annual leave from December 18, 2014, and will not return to the office until January 5, 2015. Defense counsel also has a motion for summary judgment due in another case on January 12, 2015.

The parties therefore jointly move for an order extending the time to respond to Plaintiff's First Amended Complaint to January 30, 2015.

DATED: December 22, 2014      Respectfully submitted,

LAURA E. DUFFY
United States Attorney

 s/ Daniel E. Butcher
DANIEL E. BUTCHER
Assistant United States Attorney
Attorneys for Defendant

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Scott McMillan to affix his electronic signature to this document.

s/Daniel E. Butcher
DANIEL E. BUTCHER
Assistant U.S. Attorney