UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. dba ARES ARMOR,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 14CV548 JLS (BGS)<br><br>PROOF OF SERVICE |

　　I, Daniel E. Butcher, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, CA. 92101-8893.

　　I am not a party to the above-entitled action.  I have caused service of

JOINT MOTION FOR EXTENSION TO RESPOND TO FIRST AMENDED COMPLAINT

　on the following parties by:

■　　ECF--Electronic Notice/Service :

Alan Beck, Esq.
Scott McMillan, Esq.

　　I declare under penalty of perjury that the foregoing is true and correct.

DATED:　　December 22, 2014　　　　/s Daniel E. Butcher_____
　　　　　　　　　　　　　　　　　　Daniel E. Butcher