# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC., a California corporation, d/b/a ARES ARMOR,<br><br>Plaintiff,<br><br>vs.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives,<br><br>Defendant. | CASE NO. 14-CV-548 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(ECF No. 43) |

Presently before the Court is the parties' Joint Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint. (ECF No. 43.) Good cause appearing, the Court **GRANTS** the Joint Motion. Defendant shall have up to and including January 30, 2015 to respond to Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

DATED: December 23, 2014

Honorable Janis L. Sammartino
United States District Judge