UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. dba ARES ARMOR,<br><br>Plaintiff,<br><br>v.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br><br>Defendants. | Case No.: 14CV1679 JLS (BGS)<br><br>PROOF OF SERVICE |

I, Lisa A. Olson, am a citizen of the United States and am at least eighteen years of age.  My business address is 20 Massachusetts Avenue, N.W., Room 7300, Washington, D.C. 20530.

I am not a party to the above-entitled action.  I have caused service of

NOTICE OF APPEARANCE OF LISA A. OLSON AS COUNSEL FOR THE UNITED STATES

on the following parties by:

■   ECF--Electronic Notice/Service :

Alan Beck, Esq.
Scott McMillan, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:   January 14, 2014          /s/ Lisa A. Olson
                                    Lisa A. Olson