LAURA E DUFFY
United States Attorney
DANIEL E. BUTCHER
Assistant U.S. Attorney
California Bar No. 144624
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7696
Fax: (619) 546-7751
Email: Daniel.Butcher@usdoj.gov

DIANE KELLEHER
LISA A. OLSON
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7300
Washington, D.C. 20530
Tel: (202) 514-5633
Fax: (202) 616-8470
Email: Lisa.Olson@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. dba ARES ARMOR, <br><br> Plaintiff, <br><br> v. <br><br> B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10, <br><br> Defendants. | Case No.: 14CV548 JLS (BGS) <br><br> DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS <br><br> DATE: March 12, 2015 <br> TIME: 1:30 p.m. <br> CTRM: 4A (Schwartz) <br><br> Hon. Janis L. Sammartino |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 12, 2015 at 1:30 p.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Janis L. Sammartino, defendant United States of America, through its attorneys of record, Lisa A. Olson, Senior Trial Counsel, Laura E. Duffy, United States Attorney, and Daniel E. Butcher, Assistant U.S. Attorney, will and hereby does move this Court to stay these proceedings pending a final judicial decision, including any appeal, in California Rifle

& Pistol Association, Inc. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives, No. 1:14-cv-01211 (E.D. Cal.). This motion is based upon the attached memorandum of points and authorities, attached Exhibits 1 and 2, and the files and records in this case.

DATED: January 21, 2015

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

DANIEL E. BUTCHER
Assistant United States Attorney

/s/ Lisa A. Olson
DIANE KELLEHER
LISA A. OLSON

Attorneys for Defendant