UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. dba ARES ARMOR,<br><br>Plaintiff<br><br>v.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br><br>Defendants. | Case No.: 14CV548 JLS (BGS)<br><br>PROOF OF SERVICE |

I, Lisa A. Olson, am a citizen of the United States and am at least eighteen years of age.  My business address is 20 Massachusetts Avenue, N.W., Washington, DC 20530.

I am not a party to the above-entitled action.  I have caused service of DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO STAY PROCEEDINGS

on the following parties by:

- ■ ECF--Electronic Notice/Service :

Alan Beck, Esq.
Scott McMillan, Esq.

///

I declare under penalty of perjury that the foregoing is true and correct.

DATED:   January 21, 2015        /s Lisa A. Olson
                                 Lisa A. Olson