# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. dba ARES ARMOR,<br><br>Plaintiff,<br><br>vs.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1–10,<br><br>Defendants. | CASE NO. 14-CV-548 JLS (BGS)<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>(ECF No. 46) |

Presently before the Court is Defendant B. Todd Jones' ("Defendant") Motion to Stay. (ECF No. 46.) A hearing on the motion is currently scheduled for March 12, 2015. Plaintiff shall file a response on or before February 19, 2015. Defendant shall file a reply, if any, on or before February 26, 2015.

**IT IS SO ORDERED.**

DATED: January 23, 2015

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge