LAURA E DUFFY
United States Attorney
DANIEL E. BUTCHER
Assistant U.S. Attorney
California Bar No. 144624
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7696
Fax: (619) 546-7751
Email: Daniel.Butcher@usdoj.gov

DIANE KELLEHER
LISA A. OLSON
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7300
Washington, D.C. 20530
Tel: (202) 514-5633
Fax: (202) 616-8470
Email: Lisa.Olson@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. dba ARES ARMOR, <br><br> Plaintiff, <br><br> v. <br><br> B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10, <br><br> Defendants. | Case No.: 14CV548 JLS (BGS) <br><br> DEFENDANT'S EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT <br><br><br><br> Hon. Janis L. Sammartino |

Defendant United States hereby moves the Court for an extension of time to respond to the complaint until 14 days after the date the Court rules on Defendant's Motion to Stay Proceedings (ECF #46) (which was filed on January 21, 2015), if the Court denies the stay. The reasons for this motion are set forth in the accompanying Declaration of Lisa A. Olson.

DATED:   January 26, 2015           Respectfully submitted,

| | |
|---|---|
| 1 | LAURA E. DUFFY<br>United States Attorney |
| 2 | |
| 3 | DANIEL E. BUTCHER<br>Assistant United States Attorney |
| 4 | /s/ Lisa A. Olson |
| 5 | DIANE KELLEHER<br>LISA A. OLSON |
| 6 | Attorneys for Defendant |