LAURA E DUFFY
United States Attorney
DANIEL E. BUTCHER
Assistant U.S. Attorney
California Bar No. 144624
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7696
Fax: (619) 546-7751
Email: Daniel.Butcher@usdoj.gov

DIANE KELLEHER
LISA A. OLSON
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7300
Washington, D.C. 20530
Tel: (202) 514-5633
Fax: (202) 616-8470
Email: Lisa.Olson@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. dba ARES ARMOR, <br><br> Plaintiff, <br><br> v. <br><br> B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10, <br><br> Defendants. | Case No.: 14CV548 JLS (BGS) <br><br> DECLARATION OF LISA A. OLSON IN SUPPORT OF DEFENDANT'S EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT <br><br><br> Hon. Janis L. Sammartino |

I, LISA A. OLSON, declare as follows:

1. I am a Senior Trial Counsel with the United States Department of Justice and represent defendant United States in this case.

2. I submit this Declaration in support of Defendant's Ex Parte Motion for Extension of Time to Respond to the Complaint.

3. Defendant's response to the First Amended Complaint for Damages'

Deprivation of Civil Rights (Bivens Action); Injunctive and Declaratory Relief; Jury Trial Demand ("Complaint") is currently due on January 30, 2015. Defendant requests an extension of time to respond to the Complaint until 14 days after the date the Court rules on Defendant's Motion to Stay Proceedings (ECF #46) (which was filed on January 21, 2015), if the Court denies the stay.

4. The reason for this motion is that it would defeat the purpose of defendant's motion to stay to require defendant to respond to the Complaint before the Court rules on whether this case should be stayed. For defendant to respond to the complaint when this case may be stayed and may assume a different posture when any such stay is lifted would disserve the interests of judicial efficiency and economy. See Fed. R. Civ. P. 1. The requested extension is reasonable, will not prejudice the parties, and will not unduly delay this case.

5. If the Court grants defendant's motion to stay, then in accordance with the proposed order sent to chambers via electronic mail, and unless otherwise ordered by the Court, defendant will file a status report within 30 days of the final judicial decision in California Rifle & Pistol Association, Inc. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), No. 1:14-cv-01211 (E.D. Cal.), including any appeal. For these reasons, defendant's motion for extension of time should be granted.

6. Plaintiff's counsel has informed defendant's counsel that plaintiff opposes this motion.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 26, 2015          _____
                                 LISA A. OLSON