LAURA E DUFFY
United States Attorney
DANIEL E. BUTCHER
Assistant U.S. Attorney
California Bar No. 144624
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7696
Fax: (619) 546-7751
Email: Daniel.Butcher@usdoj.gov

DIANE KELLEHER
LISA A. OLSON
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7300
Washington, D.C. 20530
Tel: (202) 514-5633
Fax: (202) 616-8470
Email: Lisa.Olson@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. dba ARES ARMOR, <br><br> Plaintiff, <br><br> v. <br><br> B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10, <br><br> Defendants. | Case No.: 14CV548 JLS (BGS) <br><br> DEFENDANT'S REPLY IN SUPPORT OF EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT <br><br><br> Hon. Janis L. Sammartino |

Defendant B. Todd Jones, sued in his official capacity as an official of the Bureau of Alcohol, Tobacco, and Firearms (hereinafter "Defendant"), hereby submits this brief reply in support of his ex parte motion for an extension of time to respond to Plaintiff's Complaint (ECF #48). Plaintiff's opposition misconstrues the limited relief sought in Defendant's motion. Indeed, Plaintiff conflates the instant motion with Defendant's motion to stay these proceedings (ECF #46), which was separately filed on separate and distinct grounds. The instant extension motion seeks an

extension of time to respond to the Complaint that will expire 14 days after any denial of Defendant's motion to stay, since requiring a response from Defendant now would defeat the purpose of Defendant's motion to stay. Plaintiff asserts that it does not oppose a 10 day extension of time. In light of the number of claims asserted by Plaintiff, as well as the number of constitutional issues raised in its complaint, Defendant will require more than 10 days to prepare a thorough and complete response, and the difference of four days will not cause undue delay to the case or prejudice to Plaintiff.

Plaintiff also opposes Defendant's suggestion, in the event the Court <u>grants</u> the stay pending a final judicial decision, including any appeal, in <u>California Rifle & Pistol Association, Inc. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives</u>, No. 1:14-cv-01211 (E.D. Cal.), that Defendant file a status report within 30 days of that final decision. This request is based on the assumption that the stay will already have been granted. If it has, then once <u>California Rifle</u> is finally decided, a period of 30 days to apprise the Court of the status of that case, to request that the stay be lifted, and to advise the Court as to how Defendant proposes to proceed is not, as Plaintiff contends, "overly expansive."

For these reasons, Defendant's ex parte motion for an extension of time to respond to the Complaint should be granted.

DATED: January 30, 2015

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

DANIEL E. BUTCHER
Assistant United States Attorney

/s/ Lisa A. Olson
DIANE KELLEHER
LISA A. OLSON

Attorneys for Defendant