# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. dba ARES ARMOR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1–10,<br><br>　　　　　Defendants. | CASE NO. 14-CV-548 JLS (BGS)<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>(ECF No. 48) |

Presently before the Court is Defendant's Ex Parte Motion for Extension of Time to Respond to Complaint. (ECF No. 48.) Also before the Court is Plaintiff's Response in Opposition to (ECF No. 50) and Defendant's Reply in Support of (ECF No. 51) the Ex Parte Motion. Good cause appearing, the Court **GRANTS** the Motion. If the Court denies Defendant's pending Motion to Stay (ECF No. 46), Defendant shall respond to Plaintiff's First Amended Complaint <u>fourteen days after the date on which the Court's Order on the Motion to Stay is electronically docketed</u>.

**IT IS SO ORDERED.**

DATED: January 30, 2015

　　　　　　　　　　　　　　　　　　　　_Janis L. Sammartino_
　　　　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -　　　　　　　　　　　　　　　　14cv548