Alan Alexander Beck, SBN 276646
Attorney at Law
4780 Governor Drive
San Diego, CA 92122
Telephone: (619) 971-0414
Email: ngord2000

Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
**The McMillan Law Firm, APC**
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095

Attorneys for Plaintiff,
Lycurgan, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC., a California corporation, d/b/a Ares Armor,<br><br>Plaintiff,<br><br>vs.<br><br>B. TODD JONES, as Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, EARL GRIFFITH, an individual, UNKNOWN NAMED TECHNOLOGIST, an individual, UNKNOWN NAMED AGENTs I-VII, individuals, and DOES I-XI, in their individual capacities. | Case No.: 14-cv-00548-JLS-BGS<br><br>**DECLARATION OF SCOTT A. McMILLAN IN SUPPORT OF LYCURGAN, INC.'S OPPOSITION TO DEFENDANT UNITED STATES' MOTION TO STAY PROCEEDINGS**<br><br>Hon.: Judge Janis L. Sammartino<br>Dept.: 4A<br>Date: March 12, 2015<br>Time: 1:30 P.M. |

## DECLARATION OF SCOTT A. MCMILLAN

I, Scott A. McMillan, declare as follows:

    1. I am counsel for Plaintiff Lycurgan, Inc. ("Lycurgan") in the above captioned case, and if called before this court or any other court I could and

1 would testify competently to the following from my own personal knowledge,
2 except as to those matters I state on information and belief, and as to those
3 matters I believe them to be true.

4     2. This declaration is made in support of Lycurgan's opposition to
5 Defendant United States' motion to stay proceedings.

6     3. On February 17, 2015, I directed the mailing of the Amended Summons
7 to Defendant Earl Griffith, an individual, the Attorney General of the United
8 States, and the local Civil Process Clerk for the U.S. Attorney's office. There are
9 other unknown defendants plead in the complaint. I am unable to obtain
10 discovery under Rule 26 to determine the identities of the unknown defendants.
11 If this matter is stayed, there is a reasonable likelihood that the unknown
12 defendants will become unavailable or otherwise become impossible to identify.
13 Even if identified later the agents that were responsible for the lies to Magistrate
14 Judge Skomol, and those agents who vandalized the National City location, and
15 took merchandise from it may become unavailable. They may retire, be
16 transferred out of the area, or simply just have memory loss relative to the
17 incident.

18     4. I have had some experience in litigation. I have been a licensed attorney
19 since February of 2001. As an attorney, I have taken in excess of one hundred
20 depositions, have participated in dozens of trials, and have interviewed numerous
21 witnesses. Through my experience, I have encountered difficulties with
22 witnesses moving to unknown locations, changing jobs, becoming ill or
23 incapacitated, passing away, and most of all having difficulty remembering past
24 events. It is particularly challenging to determine whether witnesses are being
25 dishonest and evasive or whether their memory simply has faded when testifying
26 about events that occurred long ago in the past. This case is already approaching
27 the one-year mark. Any further delay in this matter will prejudice Lycurgan's
28 ability to examine witnesses and assess their credibility.

1    5. Michel & Associates, PC is counsel for CalRifle in the case styled as *California Rifle & Pistol Association, Inc. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*, Case No. 14-cv-01211 (E.D. Cal. 2014). Michel & Associates, P.C. is also Lycurgan's prior counsel, and their separation was not amicable. I have spoken with Carl Michel regarding our respective cases. Mr. Michel expressed disagreement with some of the theories advanced by Lycurgan. Lycurgan's and CalRifle's interests are divergent, and the parties and their counsel will not be coordinating their efforts.

I declare under the penalty of perjury according to the laws of the United States, that the foregoing is true and correct and that this declaration was signed on February 19, 2015, in the County of San Diego, California.

/s/ Scott A. McMillan

_____

Scott A. McMillan