1 | Alan Alexander Beck, SBN 276646
Attorney at Law
4780 Governor Drive
San Diego, CA 92122
Telephone: (619) 971-0414
Email: ngord2000

Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
**The McMillan Law Firm, APC**
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095

Attorneys for Plaintiff,
Lycurgan, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYCURGAN, INC., a California corporation, d/b/a Ares Armor,<br><br>Plaintiff,<br><br>vs.<br><br>B. TODD JONES, as Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, EARL GRIFFITH, an individual, UNKNOWN NAMED TECHNOLOGIST, an individual, UNKNOWN NAMED AGENTs I-VII, individuals, and DOES I-XI, in their individual capacities. | Case No.: 14-cv-00548-JLS-BGS<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Janis L. Sammartino<br>Dept.: 4A<br>Hearing Date: March 12, 2015<br>Hearing Time: 1:30 P.M. |

CERTIFICATE OF SERVICE

I, Scott A. McMillan, declare the following:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 4670 Nebo Drive, Suite 200, La Mesa, California 91941. On February 19, 2015 I served the following documents together with a copy of this Certificate of Service:

**PLAINTIFF LYCURGAN, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT UNITED STATES' MOTION TO STAY PROCEEDINGS**

**DECLARATION OF DIMITRIOS KARRAS IN SUPPORT OF LYCURGAN, INC.'S OPPOSITION TO DEFENDANT UNITED STATES' MOTION TO STAY PROCEEDINGS**

**DECLARATION OF SCOTT A. McMILLAN IN SUPPORT OF LYCURGAN, INC.'S OPPOSITION TO DEFENDANT UNITED STATES' MOTION TO STAY PROCEEDINGS**

as follows:

[X]   I have caused service of the above documents by electronically filing them with the Clerk of the District Court using its ECF System, which electronically notifies:

Laura E. Duffy
United States Attorney
Daniel Butcher
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101

Diane Kelleher
Lisa A. Olson
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7300
Washington, D.C. 20530

Daniel Butcher, daniel.butcher@usdoj.gov
Lisa Olson, Lisa.Olson@usdoj.gov

   There are presently no counsel of record who have not consented to electronic service through the Court's CM/ECF system.

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.   Executed on February 19, 2015, at the City of La Mesa, County of San Diego, California.

                              /s/ Scott A. McMillan
                              Scott A. McMillan