LAURA E DUFFY
United States Attorney
DANIEL E. BUTCHER
Assistant U.S. Attorney
California Bar No. 144624
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7696
Fax: (619) 546-7751
Email: Daniel.Butcher@usdoj.gov

JOHN R. TYLER
LISA A. OLSON
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7300
Washington, D.C. 20530
Tel: (202) 514-5633
Fax: (202) 616-8470
Email: Lisa.Olson@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. dba ARES ARMOR, <br><br> Plaintiff, <br><br> v. <br><br> B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10, <br><br> Defendants. | Case No.: 14CV548 JLS (BGS) <br><br> DEFENDANT'S EX PARTE MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO STAY AND FOR CONTINUANCE OF MARCH 12 HEARING DATE <br><br> Hon. Janis L. Sammartino |

Defendant United States hereby moves the Court for an extension of time until March 13, 2015, to file a reply in support of Defendant's Motion to Stay Proceedings (ECF #46), and if the extension is granted, for a continuance of the March 12, 2015 hearing date on the motion to stay. The reasons for this ex parte motion are set forth in the accompanying Declaration of Lisa A. Olson.

DATED:   February 26, 2015             Respectfully submitted,

| | |
|---|---|
| 1 | LAURA E. DUFFY<br>United States Attorney |
| 2 | |
| 3 | DANIEL E. BUTCHER<br>Assistant United States Attorney |
| 4 | /s/ Lisa A. Olson |
| 5 | JOHN R. TYLER<br>LISA A. OLSON |
| 6 | Attorneys for Defendant |