LAURA E DUFFY
United States Attorney
DANIEL E. BUTCHER
Assistant U.S. Attorney
California Bar No. 144624
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7696
Fax: (619) 546-7751
Email: Daniel.Butcher@usdoj.gov

JOHN R. TYLER
LISA A. OLSON
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7300
Washington, D.C. 20530
Tel: (202) 514-5633
Fax: (202) 616-8470
Email: Lisa.Olson@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. dba ARES ARMOR, <br><br> Plaintiff, <br><br> v. <br><br> B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10, <br><br> Defendants. | Case No.: 14CV548 JLS (BGS) <br><br> DECLARATION OF LISA A. OLSON IN SUPPORT OF DEFENDANT'S EX PARTE MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO STAY AND FOR CONTINUANCE OF MARCH 12 HEARING DATE <br><br> Hon. Janis L. Sammartino |

I, LISA A. OLSON, declare as follows:

1. I am a Senior Trial Counsel with the United States Department of Justice and represent defendant United States in this case.

2. I submit this Declaration in support of Defendant's Ex Parte Motion for Extension of Time to File Reply in Support of Motion to Stay Proceedings and for Continuance of March 12 Hearing Date.

3. Defendant's reply in support of its motion to stay proceedings (ECF #46)

is currently due on February 26, 2015, and a hearing on the motion to stay is scheduled for March 12, 2015. Defendant requests an extension of time until March 13, 2015, within which to file any reply, and if the extension is granted, defendant requests a continuance of the hearing to a date convenient to the Court.

4. As defendant informed the Court in its motion to stay, the proceedings in a similar case challenging ATF's classification of the EP80 as a firearm, <u>California Rifle & Pistol Association, Inc. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF")</u>, No. 1:14-cv-01211 (E.D. Cal.) ("<u>CalRifle</u>"), had reached a more advanced stage than this case and could ultimately have resulted in a decision which could govern or narrow the issues here. Defendant now requests an extension of time because, on approximately February 19, 2015, the plaintiff in <u>CalRifle</u> advised undersigned counsel that it is likely to voluntarily dismiss its case pursuant to Rule 41(b)(2) of the Federal Rules of Civil Procedure. It is possible that the United States will not oppose CalRifle's motion, and if <u>CalRifle</u> is dismissed, defendant may withdraw its motion to stay these proceedings. It would disserve the interests of judicial efficiency and economy for defendant to pursue a motion before this Court that may soon be withdrawn. <u>See</u> Fed. R. Civ. P. 1.

5. CalRifle has advised undersigned counsel that it will make a final decision about whether to dismiss <u>CalRifle</u> on or before March 11, 2015, the due date for its opposition to the United States' motion to dismiss, or alternatively for summary judgment in that case. Defendant therefore requests an extension of time until March 13, 2015, within which to file its reply in support of its motion to stay these proceedings, so that it will have adequate time to draft any reply or to take other appropriate action in this case after CalRifle's March 11, 2015 deadline expires. If the extension is granted, defendant also requests a continuance of the hearing to a later date as appropriate and convenient to the Court.

6. The requested extension and continuance are reasonable, will not prejudice the parties, and will not unduly delay this case.

7. Plaintiff's counsel has informed defendant's counsel that plaintiff does not oppose an extension of time until March 11, but does oppose an extension of time until March 13, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 26, 2015

*Lisa A. Olson*
LISA A. OLSON