1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

| LYCURGAN, INC., a California corporation, d/b/a ARES ARMOR, | CASE NO. 14-CV-548 JLS (BGS) |
|---|---|

11

12

Plaintiff,

vs.

**ORDER GRANTING DEFENDANT'S EX PARTE MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO STAY AND FOR CONTINUANCE OF MARCH 12 HEARING DATE**

13

14

B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives,

(ECF No. 55)

15

16

17

Defendant.

18     Presently before the Court is Defendant's Ex Parte Motion for Extension of Time

19 to File Reply in Support of Motion to Stay and For Continuance of March 12 Hearing

20 Date. (ECF No. 55.) Good cause appearing, the Court **GRANTS** the Motion.

21 Defendant shall file its reply in support of its Motion to Stay Proceedings (ECF No. 46)

22 on or before March 13, 2015. The hearing on the Motion to Stay Proceedings presently

23 scheduled for March 12, 2015 is **HEREBY CONTINUED** to March 26, 2015 at 1:30

24 pm.

25     **IT IS SO ORDERED**.

26

27 DATED: February 27, 2015

28
*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge

- 1 -                                                      14cv548