Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
**The McMillan Law Firm, APC**
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095

Attorneys for Petitioner,
Lycurgan, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC., a California corporation, d/b/a Ares Armor,<br><br>      Plaintiff,<br><br>      vs.<br><br>B. Todd Jones in his Official Capacity As Head of The BATFE, etc., et al.<br><br>      Defendants. | Case No.:14-cv-00548-JLS-BGS<br><br>STATUS RE: OUT-OF-DISTRICT PROCEEDING IN *California Rifle & Pistol Association, Incorporated v. Bureau of Alcohol Tobacco, Firearms and Explosives, et al*, U.S. District Court Eastern District of California, Case No. 1:14-cv-01211-JAM-SAB |

Plaintiff Lycurgan, Inc., through its below counsel of record provides the

following status report regarding the docket in *California Rifle & Pistol*

*Association, Incorporated v. Bureau of Alcohol Tobacco, Firearms and*

*Explosives, et al*, U.S. District Court, Eastern District of California, Case No.

1:14-cv-01211-JAM-SAB.

On Monday, February 26, 2015, counsel for defendants requested additional

time in which to file a reply to Plaintiff's opposition to the now-pending motion to

stay this case pending the resolution of the action currently pending in another

district entitled *California Rifle & Pistol Association, Incorporated v. Bureau of*

*Alcohol Tobacco, Firearms and Explosives, et al*, U.S. District Court

Eastern District of California, Case No. 1:14-cv-01211-JAM-SAB, i.e., the "the

1  CRPA case." As a basis for the requested additional time counsel for defendants

2  suggested that the plaintiff in the CRPA case possibly would be dismissing the

3  action on or before March 11, 2015. But no dismissal occurred.

4      Rather, the parties in the CRPA case agreed to delay resolution in that case

5  for additional time.

6      On March 6, 2015, counsel for defendants here, i.e., Lisa Olson, executed a

7  stipulation to continue the hearing on the motion for summary judgment set in the

8  CRPA case. The Court in the CRPA case entered an order on the stipulation on

9  March 9, 2015. [Exhibit 'A'.] The new hearing date for the Government's motion

10 in the CRPA case is May 6, 2015.

11

12

13  Dated: March 11, 2015

                            Respectfully submitted,

                            The McMillan Law Firm, APC

                            /s/ Scott A. McMillan

14                          _____

15                          Scott A. McMillan
                            Attorneys for Lycurgan, Inc.
                            Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 4670 Nebo Drive, Suite 200, La Mesa, CA 91941-5230.

I am not a party to the above-entitled action. I have caused service of:

STATUS RE: OUT-OF-DISTRICT PROCEEDING IN *California Rifle & Pistol Association, Incorporated v. Bureau of Alcohol Tobacco, Firearms and Explosives, et al*, U.S. District Court Eastern District of California, Case No. 1:14-cv-01211-JAM-SAB

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Daniel Everett Butcher
U S Attorneys Office
Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101

(619)546-6730
Fax: (619)235-2757
Email: Daniel.Butcher@usdoj.gov

Alan Alexander Beck
4780 Governor Drive
San Diego, CA 92122

(619)971-0414
Email: ngord2000@yahoo.com

DIANE KELLEHER
LISA A. OLSON
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7300
Washington, D.C. 20530

Tel: (202) 514-5633
Fax: (202) 616-8470
Email: Lisa.Olson@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2015

/s/ Scott A. McMillan
_____

# EXHIBIT 'A'

1 | C.D. Michel – SBN 144258
Joshua R. Dale – SBN 209942
2 | Joseph A. Silvoso, III – SBN 248502
Anna M. Barvir – SBN 268728
3 | MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 180
4 | Long Beach, CA 90802
Telephone: (562) 216-444
5 | Facsimile: (5662) 216-4445
6 | Email: cmichel@michellawyers.com

7 | Attorneys for Plaintiff

8

9 | UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11

12 | CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,

CASE NO: 1:14-cv-01211 JAM-SAB

13 | Plaintiff,

**STIPULATION OF PARTIES TO CONTINUE HEARING AND TO EXTEND ASSOCIATED DEADLINES; ORDER**

14

15 | v.

(Fed. R. Civ. P. 6(b)(1)(A); Local Rules 144, 230(f))

16 | BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al.,

17

18 | Defendant.

19

20

21

22

23

24

25

26

27

28

1

STIPULATION OF PARTIES TO CONTINUE HEARING AND TO EXTEND ASSOCIATED DEADLINES

1    **I.    INTRODUCTION**

2        The parties, Plaintiff California Rifle and Pistol

3    Association and Defendants Bureau of Alcohol, Tobacco, Firearms,

4    and Explosives, Attorney General Eric Holder, and ATF Director B.

5    Todd Jones, through their respective attorneys of record, hereby

6    jointly stipulate to continue the date of the hearing for

7    Defendants' Motion to Dismiss, or Alternatively, for Summary

8    Judgment and to extend the remaining deadlines for filing moving

9    papers related to that motion in accordance with the stipulated

10   schedule set forth below.

11       This request is made pursuant to Rule 6 of the Federal Rules

12   of Civil Procedure and Rules 144 and 230 of the Local Rules of

13   the Eastern District of California.

14   **II.    RECITALS / GROUNDS FOR RELIEF**

15       WHEREAS, Plaintiffs filed their initial Complaint in this

16   matter on July 31, 2014;

17       WHEREAS, Defendants filed their Motion to Dismiss, or

18   Alternatively, for Summary Judgment on January 9, 2015;

19       WHEREAS, Defendants noticed their Motion to Dismiss, or

20   Alternatively, for Summary Judgment for March 25, 2015 at 9:30

21   a.m. in the courtroom of the Honorable John A. Mendez;

22       WHEREAS, pursuant to Local Rule 230(c), Plaintiff must file

23   its Opposition to Defendants' Motion to Dismiss, or

24   Alternatively, for Summary Judgment on or before March 11, 2015;

25       WHEREAS, Local Rule 144(a) of this Court allows a 28-day

26   extension of time for responding to complaints and filing certain

27   other documents by initial stipulation of the parties without

28

STIPULATION OF PARTIES TO CONTINUE HEARING AND TO EXTEND ASSOCIATED DEADLINES

1  approval of the court, but states that "*[a]ll other extensions of*

2  *time must be approved by the Court*";

3      WHEREAS, Rule 6(b)(1)(A) of the Federal Rules of Civil

4  Procedure allows for the extension of time for *good cause*, "if a

5  request is made, before the original time or its extension

6  expires";

7      WHEREAS, good cause for an extension of time is shown in

8  that Plaintiff is currently considering voluntary dismissal of

9  this matter and has expressed such to Defendants;

10      WHEREAS, the continuance and extension requested herein will

11  conserve both the Court's and all parties' time and resources and

12  promote judicial economy by attempting to avoid the preparation

13  and consideration of unnecessary briefing and argument on

14  Defendants' Motion to Dismiss, or Alternatively, for Summary

15  Judgment;

16      WHEREAS, both parties to this action seek to keep the costs

17  of litigation as low as reasonably possible;

18      WHEREAS, this request for continuance and extension is made

19  in good faith, and it is not for the purpose of unnecessary

20  delay; and

21      WHEREAS, neither party has obtained an extension of time

22  relating to any matter for which this extension is sought.

23      THE PARTIES STIPULATE AND AGREE TO THE FOLLOWING:

24      1.   The hearing on Defendants' Motion to Dismiss, or

25  Alternatively, for Summary Judgment shall be continued to May 6,

26  2015 at 9:30 a.m.;

27  / / /

28  / / /

3

1        2.    Plaintiffs' Opposition to Defendants' Motion to

2    Dismiss, or Alternatively, for Summary Judgment shall be due on

3    or before April 10, 2015; and

4        3.    Defendants' Reply in support of their motion shall be

5    due on or before April 29, 2015.

6        The parties hereby jointly request that this Court grant the

7    relief sought by this stipulation.

8                                    Respectfully submitted,

9    Date: March 6, 2015            **MICHEL & ASSOCIATES, P.C.**

10

11                                  /s/ C. D. Michel
                                    C. D. Michel
12                                  *Attorney for Plaintiff California*
                                    *Rifle and Pistol Association*
13

14   Date: March 6, 2015            **U.S. Department of Justice**

15

16                                  /s/ Lisa A. Olson (as approved on
                                    03/06/15)
                                    Lisa A. Olson
17                                  *Attorney for Defendants Bureau of*
                                    *Alcohol, Tobacco, Firearms, and*
18                                  *Explosives, Eric Holder, and B.*
                                    *Todd Jones*
19

20   PURSUANT TO THE STIPULATION OF THE PARTIES, **IT IS SO ORDERED.**

21   **DATED:   3/9/2015**

22                                  /s/ John A. Mendez_____

23                                  U. S. District Court Judge

24

25

26

27

28

4

STIPULATION OF PARTIES TO CONTINUE HEARING AND TO EXTEND ASSOCIATED DEADLINES