LAURA E DUFFY
United States Attorney
DANIEL E. BUTCHER
Assistant U.S. Attorney
California Bar No. 144624
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7696
Fax: (619) 546-7751
Email: Daniel.Butcher@usdoj.gov

JOHN R. TYLER
LISA A. OLSON
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7300
Washington, D.C. 20530
Tel: (202) 514-5633
Fax: (202) 616-8470
Email: Lisa.Olson@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. dba ARES ARMOR, <br><br>Plaintiff, <br><br>v. <br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10, <br><br>Defendants. | Case No.: 14CV548 JLS (BGS) <br><br>DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO STAY PROCEEDINGS <br><br>Hon. Janis L. Sammartino |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant hereby withdraws his motion to stay these proceedings pending a final judicial decision, including any appeal, in <u>California Rifle & Pistol Association, Inc. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives</u>, No. 1:14-cv-01211 (E.D. Cal.) ("<u>CalRifle</u>"), because the rationale for a stay on longer exists. Defendant sought a stay because <u>CalRifle</u> was at a more advanced stage than this case and could ultimately have resulted in a decision that

could govern or narrow the issues here. It now seems likely that CalRifle will be dismissed, but plaintiff CalRifle has obtained an extension of the deadlines in that case to allow it additional time to reach a final decision on dismissal. Given the likelihood of dismissal, and in view of the extensions granted in CalRifle, it would be appropriate for this case to proceed so as to avoid a possibly unnecessary further delay.

In mid-February, plaintiff CalRifle informed the United States that it might move to dismiss CalRifle voluntarily, a motion which the United States is unlikely to oppose. Plaintiff CalRifle was expected to make a final decision on the possible dismissal by March 11, 2015, when its opposition to the United States' motion to dismiss or for summary judgment was due. The possible dismissal of CalRifle raised the further possibility that the United States would not continue to pursue a stay of the proceedings in this case. Hence, this Court granted the United States' motion for an extension of time to file any reply in support of its motion to stay until March 13, 2015.

However, as March 11 approached, plaintiff CalRifle sought a thirty-day extension of time to oppose the United States' motion to dismiss or for summary judgment, in order to afford it additional time to reach a decision on voluntary dismissal. Accordingly, the parties entered into a stipulation to continue the scheduled CalRifle hearing from March 25 to May 6, 2015, and to extend associated deadlines. The United States District Court for the Eastern District of California approved the stipulation on March 9, 2015. Plaintiff CalRifle can be expected to reach a decision as to possible dismissal by April 10, 2015, which is its new deadline for filing any opposition to the United States' motion to dismiss or for summary judgment. If CalRifle is not dismissed, the United States' reply in support of its motion to dismiss or for summary judgment in that case will be due on April 29, 2015, and the motion will be heard on May 6, 2015.

These developments have eliminated the reasons for staying the proceedings in this case. It is likely that CalRifle will be dismissed, and given the continuances granted in that case, this action should proceed so as to avoid a further delay could ultimately be unnecessary. Defendant is therefore withdrawing its motion to stay.

Pursuant to the Court's January 30, 2015 Order, defendant will respond to the complaint within 14 days, unless otherwise ordered by the Court.

DATED: March 13, 2015

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

DANIEL E. BUTCHER
Assistant United States Attorney

/s/ Lisa A. Olson
JOHN R. TYLER
LISA A. OLSON

Attorneys for Defendant