LAURA E. DUFFY
United States Attorney
DANIEL E. BUTCHER
Assistant U.S. Attorney
California Bar No. 144624
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7696
Fax: (619) 546-7751
Email: Daniel.Butcher@usdoj.gov

JOHN R. TYLER
LISA A. OLSON
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7300
Washington, D.C. 20530
Tel: (202) 514-5633
Fax: (202) 616-8470
Email: Lisa.Olson@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. dba ARES ARMOR,<br><br>Plaintiff,<br><br>v.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br><br>Defendants. | Case No.: 14CV548 JLS (BGS)<br><br>DEFENDANT'S EX PARTE APPLICATION TO EXCEED PAGE LIMITATION BY SIX PAGES<br><br>Hon. Janis L. Sammartino |

Defendant B. Todd Jones, only insofar as he is sued in his official capacity, hereby moves the Court for leave to exceed the 25-page limitation by 6 pages for its motion to dismiss and for summary judgment. The reasons for this ex parte application are set forth in the accompanying Declaration of Lisa A. Olson.

Plaintiff's counsel has informed defendant's counsel that plaintiff opposes this application.

| | | |
|---|---|---|
| 1 | DATED: March 27, 2015 | Respectfully submitted, |
| 2 | | |
| 3 | | LAURA E. DUFFY<br>United States Attorney |
| 4 | | DANIEL E. BUTCHER<br>Assistant United States Attorney |
| 5 | | |
| 6 | | /s/ Lisa A. Olson<br>JOHN R. TYLER<br>LISA A. OLSON |
| 7 | | Attorneys for Defendant |