LAURA E. DUFFY
United States Attorney
DANIEL E. BUTCHER
Assistant U.S. Attorney
California Bar No. 144624
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7696
Fax: (619) 546-7751
Email: Daniel.Butcher@usdoj.gov

JOHN R. TYLER
LISA A. OLSON
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7300
Washington, D.C. 20530
Tel: (202) 514-5633
Fax: (202) 616-8470
Email: Lisa.Olson@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. dba ARES ARMOR,<br><br>Plaintiff,<br><br>v.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br><br>Defendants. | Case No.: 14CV548 JLS (BGS)<br><br>DECLARATION OF LISA A. OLSON IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION TO EXCEED PAGE LIMITATION BY SIX PAGES<br><br>Hon. Janis L. Sammartino |

I, LISA A. OLSON, declare as follows:

1. I am a Senior Trial Counsel with the United States Department of Justice and represent defendant B. Todd Jones, insofar as he is sued in his official capacity, in this case.

2. I submit this Declaration in support of Defendant's Ex Parte Application to Exceed Page Limitation.

3. The complaint in this case is 58 pages long, and includes 200 paragraphs

1 | of allegations, with additional subparagraphs, and 9 counts.  <u>See</u> First Amended Complaint for Damages; Deprivation of Civil Rights (Bivens Action); Injunctive and Declaratory Relief; Jury Trial Demand [Docket #42].  It raises constitutional and federal statutory claims under the First, Second, Fourth, and Fifth Amendments, as well as the Firearms Owners' Protection Act.  This action presents a novel challenge to defendant's decision to classify a certain item as a "firearm" under the Gun Control Act of 1968, 18 U.S.C. § 921 <u>et seq.</u>, and thus will establish a new precedent under a federal law.

4.   In response to the complaint, defendant is filing a motion to dismiss and for summary judgment as to plaintiff's claims against the United States, as well as a 379-page Administrative Record in support of summary judgment.  The summary judgment portion of defendant's motion refutes plaintiff's allegations that defendant's decision was arbitrary and inconsistent, which involves an analysis under the Administrative Procedure Act, 5 U.S.C. §§ 701-706.  Defendant is seeking dismissal of plaintiff's First and Second Amendment claims and its claim under the Firearm Owners' Protection Act for failure to state a claim upon which relief can be granted.  Defendant is also seeking dismissal of plaintiff's Fifth Amendment claim for lack of subject matter jurisdiction on grounds that plaintiff lacks standing.

5.   In order to address these claims adequately, defendant has prepared a motion totaling 31 pages, which exceeds the 25-page limitation in Local Rule 7.1 by only 6 pages.  This length is reasonable given the number and importance of the issues involved, and the more thorough examination of the questions at issue may enable the Court to dispose of this case more efficiently and economically.  Granting defendant leave to exceed the page limitation by 6 pages will not prejudice the parties or delay this case.

6.   For these reasons, defendant's ex parte application should be granted.

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| DATED: | March 27, 2015 | _____ |
| | | LISA A. OLSON |