LAURA E. DUFFY
United States Attorney
DANIEL E. BUTCHER
Assistant U.S. Attorney
California Bar No. 144624
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7696
Fax: (619) 546-7751
Email: Daniel.Butcher@usdoj.gov

JOHN R. TYLER
LISA A. OLSON
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7300
Washington, D.C. 20530
Tel: (202) 514-5633
Fax: (202) 616-8470
Email: Lisa.Olson@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. dba ARES ARMOR,<br><br>Plaintiff,<br><br>v.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br><br>Defendants. | Case No.: 14CV548 JLS (BGS)<br><br>DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS AND FOR SUMMARY JUDGMENT<br><br>DATE: May 28, 2015<br>TIME: 1:30 P.M.<br>CTRM: 4A (Schwartz)<br><br>Hon. Janis L. Sammartino |

PLEASE TAKE NOTICE that, on May 28, 2015, at 1:30 P.M., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Janis Sammartino, at 221 West Broadway, Courtroom 4A, San Diego, California, defendant B. Todd Jones, only as he is sued in his official capacity, as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms, and Explosives, will and does move to dismiss this case pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and for summary judgment pursuant to Federal Rule of Civil Procedure 56.  The motion is

1  based on this notice and the accompanying memorandum of points and authorities; the

2  Administrative Record which has been filed; any declarations, exhibits, and/or request

3  for judicial notice filed in support of the motion; together with such oral and/or

4  documentary evidence as may be presented at the hearing on this motion.

5

6  DATED:     March 27, 2015                    Respectfully submitted,

7

8                                              LAURA E. DUFFY
                                               United States Attorney

9                                              DANIEL E. BUTCHER
                                               Assistant United States Attorney

10                                             /s/ Lisa A. Olson

11                                             JOHN R. TYLER
                                               LISA A. OLSON

12
                                               Attorneys for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28