1  LAURA E. DUFFY
   United States Attorney
2  DANIEL E. BUTCHER
   Assistant U.S. Attorney
3  California Bar No. 144624
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101
5  Tel: (619) 546-7696
   Fax: (619) 546-7751
6  Email: Daniel.Butcher@usdoj.gov

7  JOHN R. TYLER
   LISA A. OLSON
8  U.S. Department of Justice
   Civil Division, Federal Programs Branch
9  20 Massachusetts Ave., N.W., Room 7300
   Washington, D.C. 20530
10 Tel: (202) 514-5633
   Fax: (202) 616-8470
11 Email: Lisa.Olson@usdoj.gov

12 Attorneys for the United States

13              UNITED STATES DISTRICT COURT

14            SOUTHERN DISTRICT OF CALIFORNIA

15 LYCURGAN, INC. dba ARES ARMOR,    Case No.: 14CV548 JLS (BGS)

16        Plaintiff,                 EXHIBIT – DEFENDANT'S MOTION
                                     TO DISMISS AND FOR SUMMARY
17        v.                         JUDGMENT

18 B. TODD JONES, in his official capacity
   as Head of the San Diego Bureau of
19 Alcohol, Tobacco, Firearms and
   Explosives; and DOES 1-10,
20
          Defendants.
21
                        Contents
22
   Exhibit 1
23    -  Figure 1: Image of the upper assembly separated from the lower receiver
      -  Figure 2: Image of the biscuit and fire-control cavity in an opaque receiver
24    -  Figure 3: Image of the biscuit in a transparent receiver
      -  Figure 4: Image of the fire-control cavity and the biscuit shown from above
25    -  Figure 5: Image of a "receiver blank"
      -  Figure 6: Image of an example of a "firearm blank"
26    -  Figure 7: Image of a side view of the EP80
      -  Figure 8: Image of the lug of the upper assembly and the lug hole in the
27            lower receiver

28

# EXHIBIT 1



Figure 1 The Upper Assembly is shown separated from the Lower Receiver. Note that a shoulder stock is attached to the Lower Receiver.



Figure 2 The biscuit and fire-control cavity in an opaque receiver.



Figure 3 The biscuit indexing the internal dimensions shown of the fire-control cavity as shown in a transparent receiver.



Figure 4 Here the dimensions of the fire-control cavity and the biscuit are shown from above



Figure 5 A "receiver blank." Note that this receiver is comprised of a single piece of metal and contains no indexing.



Figure 6  This is an example of a "firearm blank" with no indexing for the selector or the hammer or trigger pins.



Figure 7  A side view of the EP80.  Notice the three protrusions locating the exact location of the vital fire-control components including the selector and pin holes for the hammer and trigger.



Figure 8 The lug of the Upper Assembly and the Lug Hole in the Lower Receiver which, in this instance does not encroach on the fire-control cavity.