LAURA E. DUFFY
United States Attorney
DANIEL E. BUTCHER
Assistant U.S. Attorney
California Bar No. 144624
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7696
Fax: (619) 546-7751
Email: Daniel.Butcher@usdoj.gov

JOHN R. TYLER
LISA A. OLSON
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7300
Washington, D.C. 20530
Tel: (202) 514-5633
Fax: (202) 616-8470
Email: Lisa.Olson@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. dba ARES ARMOR, <br><br> Plaintiff, <br><br> v. <br><br> B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10, <br><br> Defendants. | Case No.: 14CV548 JLS (BGS) <br><br> DEFENDANT'S EX PARTE APPLICATION FOR PROPOSED BRIEFING SCHEDULE <br><br> Hon. Janis L. Sammartino |

Defendant B. Todd Jones, only insofar as he is sued in his official capacity, hereby moves the Court for a briefing schedule regarding defendant's motion to dismiss and for summary judgment, which is scheduled to be heard by the Court on May 28, 2015. The reasons for this ex parte application, and the proposed briefing schedule, are set forth in the accompanying Declaration of Lisa A. Olson.

| | | |
|---|---|---|
| DATED: | March 27, 2015 | Respectfully submitted, |

LAURA E. DUFFY
United States Attorney

DANIEL E. BUTCHER
Assistant United States Attorney

/s/ Lisa A. Olson
JOHN R. TYLER
LISA A. OLSON

Attorneys for Defendant