LAURA E. DUFFY
United States Attorney
DANIEL E. BUTCHER
Assistant U.S. Attorney
California Bar No. 144624
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7696
Fax: (619) 546-7751
Email: Daniel.Butcher@usdoj.gov

JOHN R. TYLER
LISA A. OLSON
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7300
Washington, D.C. 20530
Tel: (202) 514-5633
Fax: (202) 616-8470
Email: Lisa.Olson@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. dba ARES ARMOR,<br><br>     Plaintiff,<br><br>     v.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br><br>     Defendants. | Case No.: 14CV548 JLS (BGS)<br><br>DECLARATION OF LISA A. OLSON IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION FOR PROPOSED BRIEFING SCHEDULE<br><br>Hon. Janis L. Sammartino |

I, LISA A. OLSON, declare as follows:

1. I am a Senior Trial Counsel with the United States Department of Justice and represent defendant B. Todd Jones, insofar as he is sued in his official capacity, in this case.

2. I submit this Declaration in support of Defendant's Ex Parte Application for Proposed Briefing Schedule.

3. On March 27, 2015, defendant filed a motion to dismiss and for summary

judgment, which is scheduled to be heard on May 28, 2015. This case involves multiple constitutional and federal statutory issues, and presents a novel challenge to defendant's decision to classify a certain item as a "firearm" under the Gun Control Act of 1968, 18 U.S.C. § 921 <u>et seq.</u>  Pursuant to Federal Local Court Rule 7.1, plaintiff will be allowed 48 days to file an opposition, which will be due on May 14, 2015; defendant's reply will be due 7 days later, on May 21, 2015; and the Court would then have only one week that includes the May 25 federal holiday to consider the many issues raised in this case.

4. Defendant therefore proposes a briefing schedule by which plaintiff would file an opposition to defendant's motion to dismiss and for summary judgment by April 27, 2015, and defendant would file any reply by May 11, 2015, thereby allowing more time between the completion of briefing and the May 28 hearing, providing 31 days for plaintiff to respond to defendant's motion, and permitting defendant 14 days to address the many issues in this case in a reply.

6. For these reasons, defendant's ex parte application should be granted.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:    March 27, 2015         _____
                                 LISA A. OLSON