Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
**The McMillan Law Firm, APC**
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095

Attorneys for Petitioner,
Lycurgan, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC., a California corporation, d/b/a Ares Armor, <br><br> Plaintiff, <br><br> vs. <br><br> B. Todd Jones in his Official Capacity As Head of The BATFE, <br><br> Defendant. | Case No.:14-cv-00548-JLS-BGS <br><br> PLAINTIFF LYCURGAN, INC. dba/ ARES ARMOR'S OPPOSITION TO EXCEED PAGE LIMIT BY SIX PAGES [ECF 67.] |

Plaintiff Lycurgan, Inc. opposes the motion of B. Todd Jones ". . .to exceed page limitation by six pages." By the failure to suggest any equal enlargement of pages for Plaintiff's opposition in the application or the proposal, the defendant forced this opposition.

In light of the Local Rule 83.4, it is unfortunate that Plaintiff Lycurgan must spend lawyer time and client resources to address this matter.

In 1657, French mathematician and physicist Blaise Pascal wrote:

"I have made this [letter] longer, because I have not had the time to make it shorter."

        Blaise Pascal, "Lettres provinciales", letter 16, 1657

Unlike Blaise Pascal, Defendants' counsel Ms. Olson has had plenty of time to complete her briefing. After all, Attorney Olson sought and obtained extensions to respond to the plaintiff's complaint here based on the motion to stay. [ECF 46, 1/21/2015.]

On January 21, 2015, the Government filed its motion to stay based on the pendency of the Fresno District Court Case *California Rifle & Pistol Association, Incorporated v. Bureau of Alcohol Tobacco, Firearms and Explosives, et al*, U.S. District Court for the East. Dist. Cal., Case No. 1:14-cv-01211-JAM-SAB, which had been originally set for hearing on March 12, 2015.

After the filing of its motion to stay, the Government repeatedly moved to extend the time for response to the complaint here. First on January 26, 2015 [ECF 48], and then again on February 26, 2015 [ECF 55.]

On March 11, 2015, without an extension of the page limit, Plaintiff Lycurgan expended resources and lawyer time responding to the motion to stay. [ECF 58.]

On March 13, 2015, the Government simply withdrew the motion to stay. [ECF 59.]

From Plaintiff's perspective, a recognizable pattern emerges.

Likewise, a comparison between the motion to dismiss in the Fresno case and the motion to dismiss in this case reflects a striking similarity between the two filings. [See, ECF 20-1, USDC E.D. Cal. 14-1211.] Here, the subject document suggests that the Government is taking a template and filing it with little effort to refine the template brief or edit it to comply with the page limit requirements. [ECF 68-1.] Nothing wrong with using a template or re-using valid authority. But, doesn't each reuse provide an opportunity for improvement?

Here, defendant's counsel editorializes for several pages within the brief, if not more than six, with few citations to authority. Certainly, Defendant's counsel could have edited the brief into a conforming brief, i.e., within twenty-five pages.

At first glance, the most troubling feature of the brief is the number of footnotes.

Although Defendant claims to be unable to make the point within the page limit, Mr. Jones's attorney expects Plaintiff's counsel to wade through the prose and complete Lycurgan's opposition in the required 25 pages.

Clearly it is within the court's discretion to determine whether good cause exists to extend the page limit. But, to the extent that the Court extends the page limit for the moving papers, it should so extend the page limit for the opposing papers.

Respectfully submitted,
The McMillan Law Firm, APC

Dated: March 27, 2015

/s/ Scott A. McMillan

_____

Scott A. McMillan
Attorneys for Lycurgan, Inc.
Plaintiff

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 4670 Nebo Drive, Suite 200, La Mesa, CA 91941-5230

I am not a party to the above-entitled action. I have caused service of:

PLAINTIFF LYCURGAN, INC. dba/ ARES ARMOR'S OPPOSITION TO EXCEED PAGE LIMIT BY SIX PAGES [ECF 67.]

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| Daniel Everett Butcher<br>U S Attorneys Office<br>Southern District of California<br>Criminal Division<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101<br><br>(619)546-6730<br>Fax: (619)235-2757<br>Email: Daniel.Butcher@usdoj.gov | Alan Alexander Beck<br>4780 Governor Drive<br>San Diego, CA 92122<br><br>(619)971-0414<br>Email: ngord2000@yahoo.com |

DIANE KELLEHER
LISA A. OLSON
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7300
Washington, D.C. 20530

Tel: (202) 514-5633
Fax: (202) 616-8470
Email: Lisa.Olson@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 27, 2015

/s/ Scott A. McMillan
_____