Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
**The McMillan Law Firm, APC**
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095

Attorneys for Petitioner,
Lycurgan, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC., a California corporation, d/b/a Ares Armor,<br><br>Plaintiff,<br><br>vs.<br><br>B. Todd Jones in his Official Capacity As Head of The BATFE,<br><br>Defendant. | Case No.:14-cv-00548-JLS-BGS<br><br>PLAINTIFF LYCURGAN, INC. dba/ ARES ARMOR'S OPPOSITION TO APPLICATION FOR PROPOSED BRIEFING SCHEDULE [ECF 69.] |

Plaintiff Lycurgan, Inc. opposes the motion of B. Todd Jones to shorten the time that Plaintiff is allowed to respond to Defendants' oversized motion to dismiss and motion for summary judgment according to Local Rule 7.1.

/ / /

/ / /

/ / /

As set forth in the declaration below, in the following 48 days Scott McMillan has substantial other work and legitimate time commitments, including a twelve day jury trial, a two day bench trial, a five day jury trial, a five day Federal Court jury trial, two reply briefs in District Court bankruptcy appeals, a combined Appellee and Cross-Appellant's brief due in the Ninth Circuit Court of Appeals, which all is due before the presently scheduled opposition to the over-sized motion for summary judgment filed by Defendants. McMillan will need every single one of those 48 days in order to file his opposition.

To the extent that Ms. Olson needs additional time, that time should not be taken from McMillan in light of his substantial – and actually *documented* – work-load.

Although there are other counsel in this case, as the record presently reflects, the success or failure of the case is my responsibility, which I have assumed.

Respectfully submitted,
The McMillan Law Firm, APC

Dated: March 27, 2015

/s/ Scott A. McMillan

_____

Scott A. McMillan
Attorneys for Lycurgan, Inc.
Plaintiff

## DECLARATION OF SCOTT A. MCMILLAN

I, Scott A. McMillan, declare:

1. I am counsel for Plaintiff Lycurgan, Inc. dba/ Ares Armor. If called before this court, I could and would testify from my own personal knowledge to the following:

2. I presently have three District Court bankruptcy reply briefs due on Monday, March 30, 2015, in the case *Fiber-Tech Manufacturing, Inc. v. Jerold Burke (In re Jerold Burke)*, U.S.D.C. So. Dist. Cal. 14cv2848, 14cv-02461 and 14cv02758. I have received a prior extension of time to file those briefs.

3. I represent Plaintiff Lee Brightwell in the San Diego Superior Court case styled *Brightwell vs. RF Logistics, LLC*, San Diego Superior Court case no. 37-2013-00046163-CU- OE-CTL. We are presently awaiting assignment to a department for trial, i.e., we are "on the wheel." That case has a twelve day trial estimate.

4. I represent Appellee and Cross-Appellant Anice Plikaytis in the Ninth Circuit Appeals entitled *ANICE M. PLIKAYTIS, Plaintiff/Appellee/Cross-Appellant, v. JAMES MARVIN ROTH*, Case No. 14-56612 [consolidated with: No. 14-56700.]. My client's combined Appellee and Cross-Appellant's brief is due on April 13, 2015. I have received prior extensions to file these briefs.

5. I represent Defendant/Cross-Complainant's Anice Plikaytis in the San Diego Superior Court Case styled *Debra Roth v. Talmadge East, LLC*, San Diego Superior Court case no. 37-2010-000883847-CU-BC-CTL. On April 20, 2015, I am scheduled to begin a two day bench trial on Ms. Plikaytis's dissolution and accounting claims.

6. I represent Plaintiff Travis Cox in the San Diego Superior Court case styled *Cox v. San Diego Air Service*, San Diego Superior Court case no. 37-2013-00071084-CU-OE-CTL. On April 24, 2015, we are scheduled to start a

five day jury trial in that case.

7.   I am expected to co-counsel a trial on behalf of the defendants and cross-complainant Seawind Group Holdings Pty Ltd.; Richard Geoffrey Ward; Corsair Marine Sales Pte Ltd.; Corsair Marine International Pte Ltd.; Corsair Marine International Co., Ltd., in a case currently pending in the District Court for the Northern District of California styled *Wayne Goldman, et al. v. Seawind Group Holdings Pty Ltd, et al*, USDC Case No. C13-1759SI.  On May 18, 2015, I anticipate beginning what is expected to be a five day jury trial in that case.

8.   Besides the above matters, I have two other appeals pending in the California Court of Appeals that I anticipate obtaining an extension of time in which to file opening briefs in that will allow me to push the deadlines out until June, such that they will be no factor in my time commitments at issue here.

9.   In the interim 48 days, I have a number of motions and responses due for clients.  I have at least 7 depositions set between today and the next 48 days.

10.   None of the workproduct, other than perhaps the deposition notices, is rote.  I must think about all of the issues.

11.   Most of the above work will require my specific attention and skill.

12.   I lack templates for most of the work.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 27, 2015.

/s/ Scott A. McMillan

_____

CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 4670 Nebo Drive, Suite 200, La Mesa, CA 91941-5230

I am not a party to the above-entitled action. I have caused service of:

PLAINTIFF LYCURGAN, INC. dba/ ARES ARMOR'S OPPOSITION TO APPLICATION FOR PROPOSED BRIEFING SCHEDULE [ECF 69.]

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Daniel Everett Butcher
U S Attorneys Office
Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101

(619)546-6730
Fax: (619)235-2757
Email: Daniel.Butcher@usdoj.gov

Alan Alexander Beck
4780 Governor Drive
San Diego, CA 92122

(619)971-0414
Email: ngord2000@yahoo.com

DIANE KELLEHER
LISA A. OLSON
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7300
Washington, D.C. 20530

Tel: (202) 514-5633
Fax: (202) 616-8470
Email: Lisa.Olson@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2015

/s/ Scott A. McMillan
_____