# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Lycurgan Inc. dba Ares Armor

*Plaintiff*

**V.**

B. Todd Jones, As Director of The BATFE; Earl Griffith, an individual; Unkown Named Technologist; Unkown Named Named Agents I-VII; Does I-XI in their individual capacities

*Defendant*

Civil Action No.   14cv0548-JLS(BGS)

### AMENDED    SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

```
Earl Griffith c/o BATFE
Firearms Technology Brach
244 Needy Road
Martinsburg, WV 25405
```

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott A McMillan
4670 Nebo Drive
Suite 200
La Mesa, CA 91941

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:   1/30/15



John Morrill
*CLERK OF COURT*

S/                    J. Ortiz
*Signature of Clerk or Deputy Clerk*

**Civil Action No.**  14cv0548-JLS(BGS)                                                     Date Issued:    1/30/15

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Earl Griffith

was received by me on *(date)*  2/17/2015  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*:  Served on Civil Process Clerk for U.S. Attorneys office for So. Dist. California, U.S. Attorney General, and Earl Griffith c/o BATFE
Served the summons according to Fed. R. Civ. Proc. 4(i)(3)

My fees are $  0  for travel and $  27.24  for services, for a total of $  27.24  .

I declare under penalty of perjury that this information is true.

Date:  3/27/2015

/s/ Scott A. McMillan

*Server's Signature*
Scott A. McMillan, CBN 212506

*Printed name and title*
4670 Nebo Drive, Suite 200, La Mesa, CA 91941

*Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

Karras Ares
Case #00548



**Certified Mail Receipt 1:**
Sent To: Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**Certified Mail Receipt 2:**
Sent To: Civil Process Clerk
United States Attorney's Office
880 Front Street, Suite 6293
San Diego, CA 92101

**Certified Mail Receipt 3:**
Sent To: Earl Griffith, c/o BATFE
Firearms Technology Branch
244 Needy Road
Martinsburg, WV 25405

---

LA MESA PO
LA MESA, California
919429994
0567760941 -0095
02/17/2015  (800)275-8777    04:15:13 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| MARTINSBURG WV 25405-9431 Zone-8 First-Class Mail Large Env 10.60 oz. | | | $3.08 |
| Expected Delivery: Fri 02/20/15 | | | |
| Return Rcpt (Green Card) | | | $2.70 |
| @@ Certified | | | $3.30 |
| USPS Certified Mail #: 70140510000004786881 | | | |

Issue Postage: $9.08

| SAN DIEGO CA 92101-8897 Zone-1 First-Class Mail Large Env 10.40 oz. | | | $3.08 |
| Expected Delivery: Thu 02/19/15 | | | |
| Return Rcpt (Green Card) | | | $2.70 |
| @@ Certified | | | $3.30 |
| USPS Certified Mail #: 70140510000004786843 | | | |

Issue Postage: $9.08

| WASHINGTON DC 20530 Zone-8 First-Class Mail Large Env 10.40 oz. | | | $3.08 |
| Expected Delivery: Fri 02/20/15 | | | |
| Return Rcpt (Green Card) | | | $2.70 |
| @@ Certified | | | $3.30 |
| USPS Certified Mail #: 70140510000004786904 | | | |

Issue Postage: $9.08

Total: $27.24

Paid by:
Debit Card                $27.24
  Account #:    XXXXXXXXXXXX8633
  Approval #:              864662
  Transaction #:              450
  23 903490761
  Receipt#:                004847

@@ For tracking or inquiries go to USPS.com or call 1-800-222-1811.
*********************************************
*********************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
United States Attorney's Office
880 Front Street, Suite 6293
San Diego, CA 92101

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _(signature)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Tristan Allen
C. Date of Delivery: 2/19/15

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7014 0510 0000 0478 6843

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Earl Griffith, c/o BATFE
Firearms Technology Branch
244 Needy Road
Martinsburg, WV 25405

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _(signature: Jenkins)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name):
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7014 0510 0000 0478 6881

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name):
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

FEB 25 2015

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7014 0510 0000 0478 6904

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540