Civil Action No. 14cv0548-JLS(BGS)         Date Issued: 1/30/15

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Earl Griffith _____

was received by me on *(date)* 3/6/15 _____.

☐ I personally served the summons on the individual at *(place)* Corner of Main St & St Paul St. Boonsboro, MD _____ on *(date)* 3/12/15 @ 1746 hrs.; or (Eastern)

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:
Served the summons according to Fed. R. Civ. Proc. 4(i)(3)

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 3/12/15

*Server's Signature*

Allen Hewett
Hewett & Associates
PO Box 463
Keedysville, MD 21756
800-776-5069

---

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Lycurgan Inc. dba Ares Armor

*Plaintiff*

V.

B. Todd Jones, As Director of The BATFE; Earl
Griffith, an individual; Unkown Named Technologist;
Unkown Named Named Agents I-VII; Does I-XI
in their individual capacities

*Defendant*

Civil Action No.  14cv0548-JLS(BGS)

**AMENDED  SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

```
Earl Griffith c/o BATFE
Firearms Technology Brach
244 Needy Road
Martinsburg, WV 25405
```

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott A McMillan
4670 Nebo Drive
Suite 200
La Mesa, CA 91941

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:    1/30/15



John Morrill
*CLERK OF COURT*
S/
                J. Ortiz
*Signature of Clerk or Deputy Clerk*

**Hewett & Associates**
PO Box 463
Keedysville, MD 21756
Phone: (800) 776-5069
Fax: (267) 350-6588
800-776-506

<u>**INVOICE**</u>



PRIVATE INVESTIGATIONS

Invoice #HWT-2015000114
3/13/2015



Scott McMillan
The McMillan Law Firm, APC
4670 Nebo Dr Suite 200
La Mesa, CA 91941-5230

Case Number: 14CV0548-JL(BGS)

Plaintiff:
**Lycurgan Inc. dba Ares Armor**

Defendant:
**B. Todd Jones, As Director of the BATFE; Earl Griffith, an individual; et al**

Served: 3/12/2015 5:46 pm
To be served on: Earl Griffith

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Summons/Complaint | 1.00 | 55.00 | 55.00 |
| Printing | 60.00 | 0.15 | 9.00 |
| **TOTAL CHARGED:** | | | **$64.00** |
| **BALANCE DUE:** | | | **$64.00** |

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n