LAURA E. DUFFY
United States Attorney
DANIEL E. BUTCHER
Assistant U.S. Attorney
California Bar No. 144624
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7696
Fax: (619) 546-7751
Email: Daniel.Butcher@usdoj.gov

JOHN R. TYLER
LISA A. OLSON
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7300
Washington, D.C. 20530
Tel: (202) 514-5633
Fax: (202) 616-8470
Email: Lisa.Olson@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. dba ARES ARMOR, <br><br> Plaintiff, <br><br> v. <br><br> B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10, <br><br> Defendants. | Case No.: 14CV548 JLS (BGS) <br><br> DEFENDANT'S REPLY REGARDING EX PARTE MOTION FOR PROPOSED BRIEFING SCHEDULE <br><br> Hon. Janis L. Sammartino |

Defendant B. Todd Jones, insofar as he is sued in his official capacity, has moved the Court for a briefing schedule regarding defendant's motion to dismiss and for summary judgment, which is currently scheduled to be heard by the Court on May 28, 2015. Plaintiff has indicated that due to deadlines plaintiff's counsel faces in other cases he is handling, plaintiff needs the full 48 days to oppose the motion to dismiss or for summary judgment. In view of the fact that allowing plaintiff 48 days would compress the schedule for the Court and defendant prior to the hearing, defendant

would have no objection to postponing the hearing to within 30 days after May 28 so that all briefing could be completed more than a week before the hearing, including an allowance of at least 14 days for defendant to file any reply, with the proviso that undersigned counsel for defendant is scheduled to be traveling from June 16-23, 2015. Plaintiff's counsel has informed defendant's counsel that plaintiff has no objection either.

DATED: March 31, 2015

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

DANIEL E. BUTCHER
Assistant United States Attorney

/s/ Lisa A. Olson
JOHN R. TYLER
LISA A. OLSON

Attorneys for Defendant

*Defendant's Reply Regarding Ex Parte Motion for Proposed Briefing Schedule*

2

*14cv548*