# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. dba ARES ARMOR,<br><br>Plaintiff,<br><br>vs.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1–10,<br><br>Defendants. | CASE NO. 14-CV-548 JLS (BGS)<br><br>**ORDER: (1) ADDRESSING DEFENDANT'S EX PARTE APPLICATION FOR PROPOSED BRIEFING SCHEDULES; (2) CONTINUING HEARING DATE; AND (3) SETTING BRIEFING SCHEDULE**<br><br>(ECF No. 68, 69) |

Presently before the Court is Defendant B. Todd Jones' ("Defendant") Motion to Dismiss and for Summary Judgment. (ECF No. 68.) Also before the Court is Defendant's Ex Parte Application for Proposed Briefing Schedule (ECF No. 69), Plaintiff's Opposition to the Application for Proposed Briefing Schedule (ECF No. 71), and Defendant's Reply Regarding its Application (ECF No. 75). In light of the Court's and the parties' schedules, the Court **HEREBY CONTINUES** the hearing on the Motion to Dismiss and for Summary Judgment presently scheduled for May 28, 2015

/ / /

/ / /

/ / /

at 1:30 pm to July 2, 2015 at 1:30 pm. Plaintiff shall file a response to the Motion on or before May 29, 2015. Defendant shall file a reply, if any, on or before June 12, 2015.

**IT IS SO ORDERED**.

DATED: April 1, 2015

Honorable Janis L. Sammartino
United States District Judge