# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| LYCURGAN INC. dba ARES ARMOR, Plaintiff, vs. B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1–10, Defendants. | CASE NO. 14-CV-548 JLS (BGS)<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO EXCEED PAGE LIMITATION BY SIX PAGES**<br><br>(ECF No. 67) |
|---|---|

Presently before the Court is Defendant's Ex Parte Application to Exceed Page Limitation by Six Pages. (ECF No. 67.) Also before the Court is Plaintiff's Opposition to the Application. (ECF No. 70.) Good cause appearing, the Court **GRANTS** Defendant's Application. Defendant's Motion to Dismiss and for Summary Judgment may exceed the 25-page limitation by six pages for a total of 31 pages. If Plaintiff wishes to file an opposition that exceeds the page limit, Plaintiff may file a motion with the Court once it knows how many excess pages it wishes to file.

**IT IS SO ORDERED**.

DATED: April 1, 2015

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge

- 1 -     14cv548