UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC., a California corporation, d/b/a ARES ARMOR,<br><br>                            Plaintiff,<br><br>v.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; DOES 1-10,<br><br>                           Defendants. | Case No.: 14-CV-548 JLS (BGS)<br><br>**ORDER *SUA SPONTE* MODIFYING THE COURT'S NOVEMBER 19, 2015 ORDER**<br><br>(ECF No. 106) |

On its own motion, the Court **HEREBY MODIFIES** the citation from lines 26–27 on page 23 of its November 19, 2015 Order (ECF No. 106) as follows, with deletions strickenthrough: ~~*Peruta*, 742 F.3d at 1181 (quoting~~ *Heller*, 554 U.S. at 635~~)~~ (internal quotation marks omitted).

The November 19, 2015 Order remains otherwise unchanged.

**IT IS SO ORDERED.**

Dated: January 6, 2016

                                                      Hon. Janis L. Sammartino
                                                      United States District Judge