UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC., a California corporation, d/b/a ARES ARMOR,<br><br>                              Plaintiff,<br><br>v.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; DOES 1-10,<br><br>                              Defendants. | Case No.: 14-CV-548 JLS (BGS)<br><br>**ORDER DIRECTING PLAINTIFF TO EITHER FILE A SECOND AMENDED COMPLAINT OR FACE INVOLUNTARY DISMISSAL OF ACTION FOR FAILURE TO PROSECUTE** |

On November 19, 2015, the Court granted in part and denied in part Defendant B. Todd Jones' motion to dismiss, dismissing without prejudice under both Rule 12(b)(1) and 12(b)(6) Plaintiff Lycurgan, Inc.'s first, fourth, eighth, and ninth causes of action. (*See generally* ECF No. 106.) In the more than seven months since, Plaintiff has taken no further action in this case.

Federal Rule of Civil Procedure 41(b) provides that, "[i]f the plaintiff fails to prosecute . . . , a defendant may move to dismiss the action or any claim against it." Despite the Rule's suggestion that dismissal under Rule 41(b) is only appropriate on a defendant's motion, "[t]he district court has the inherent power sua sponte to dismiss a case for lack of prosecution." *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (citing *Ash v.*

*Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984)); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) ("The authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases").

This Order constitutes notice to Plaintiff that if it fails to file a second amended complaint within <u>thirty (30) days</u> of the date on which this Order is electronically docketed, the Court **WILL DISMISS WITHOUT PREJUDICE** this action *sua sponte*.

**IT IS SO ORDERED.**

Dated: July 6, 2016

Hon. Janis L. Sammartino
United States District Judge